Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

Attorneys for Defendant Davis Law Firm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS LAW FIRM, U.S. BANK NATIONAL ASSOCIATION N.D., DOES 1 through 10,<br><br>    Defendants. | Case No. CV10-6244 AA<br><br>**DEFENDANT DAVIS LAW FIRM'S MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE** |

Pursuant to FRCP 6(b), defendant Davis Law Firm moves to extend the deadline to file its first appearance to November 24, 2010. This motion is supported by the accompanying declaration of Robert E. Sabido. Defendant Davis Law Firm's counsel certifies that he made a good faith effort to contact the pro se plaintiff by telephone to confer on this motion, including leaving a message for plaintiff to call back, but was unable to reach plaintiff.

/ / /

/ / /

/ / /

/ / /

Page 1 -   **DEFENDANT DAVIS LAW FIRM'S MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE**

1073378.doc

This motion does not waive any defenses or claims that Davis Law Firm may have, including (but not limited to) any defenses based on jurisdiction, venue, process, service of process, or statute of limitations.

DATED: October 27, 2010

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
Telephone: (503) 323-9000
Fax: (503) 323-9019
Attorneys for Defendant Davis Law Firm

Page 2 -  **DEFENDANT DAVIS LAW FIRM'S MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE**
1073378.doc

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**DEFENDANT DAVIS LAW FIRM'S MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff pro se

    DATED: October 27, 2010

                              /s/ Robert E. Sabido
                              Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**  1073378.doc

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000