Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

Attorneys for Defendant Davis Law Firm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS LAW FIRM, U.S. BANK NATIONAL ASSOCIATION N.D., DOES 1 through 10,<br><br>    Defendants. | Case No. CV10-6244 AA<br><br>**DECLARATION OF ROBERT E. SABIDO** |

I, Robert E. Sabido, hereby declare:

1.   I am one of the attorneys representing defendant Davis Law Firm in this case.

2.   My office was just assigned the defense of Davis Law Firm in the case. We have not yet had an opportunity to review the file, and to consider an appropriate first appearance.

3.   An extension of the appearance deadline will also allow the parties to explore, if warranted, an early resolution of the case.

4.   I made a good faith attempt to contact the pro se plaintiff by telephone at the number he provided in the complaint, in order to confer on this motion.  I left a message with the gentleman who answered the phone, and requested that he have

Page 1 -   **DECLARATION OF ROBERT E. SABIDO**                                      1073379.doc

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

plaintiff call me back as soon as possible. As of the time of this filing, however, plaintiff had not yet returned my call. To protect my client's interests, I proceeded with filing the motion.

      5.    Accordingly, Davis Law Firm requests that the court extend the deadline to file its first appearance to November 24, 2010.

      6.    This motion in good faith and not for any improper purpose.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

      DATED: October 27, 2010

                                        /s/ Robert E. Sabido
                                        Robert E. Sabido

Page 2 -  **DECLARATION OF ROBERT E. SABIDO**    1073379.doc

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**DECLARATION OF ROBERT E. SABIDO** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff pro se

DATED: October 27, 2010

        /s/ Robert E. Sabido
        Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**    1073379.doc

**COSGRAVE VERGEER KESTER LLP**
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000