UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
Eugene Division

FILED'10 OCT 21 09:42USDC-ORE

| | |
|---|---|
| LAWRENCE JAMES SACCATO, ) | |
| ) | |
| Plaintiff, ) | Case No. 610-CV6244-AA |
| and ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ND ) | PROOF OF SERVICE |
| ) | |
| Defendant. ) | |

I, TOR EAST, hereby certify that I am a competent person 18 years of age or older and a resident of the State of Oregon and that I am not a party to nor an officer, director, or employee of nor attorney for any party, and that the person or entity served by me is the identical person or entity named in the action:

**Personal Service.** On the **4th day of October, 2010, at 9:00 am,** I served true copies of the **Summons and Complaint** on Defendant U.S. Bank National Association, ND, by leaving true copies thereof with **Alison Bohre,** a legal assistant in the offices of **Registered Agent, Davis Law Firm, 12220 SW First Street, Beaverton, Oregon 97005,** within the County of Washington, State of Oregon, who is designated by law to accept service of process on behalf of U.S. Bank National Association, ND.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED this **4th** day of October, 2010.

_____
Tor J. East (Signature of Server)
**PROCESS SERVERS OF OREGON**
Beaverton, OR 97005
Phone: (503) 740-6635

STATE OF OREGON )
                 ) ss.
County of Washington )

Personally appeared before me the above-named TOR J. EAST, and acknowledged the foregoing instrument to be his voluntary act and deed this **4th** day of October 4, 2010.

_____
Notary Public for Oregon
My commission expires: **2-5-14**

OFFICIAL SEAL
LINDA MARIE WEIMAR
NOTARY PUBLIC-OREGON
COMMISSION NO. 446069
MY COMMISSION EXPIRES FEBRUARY 05, 2014

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Davis Law Firm (Civil Action 10-6244-AA
was received by me on *(date)* Oct. 1, 2010    co-Defendant; US Bank Assoc., ND.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* US Bank NA
(Michael Schmidt, Reg. Agent)      on *(date)* 10-4-2010  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45.00 for travel and $ -0- for services, for a total of $ 45.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Deo Asheim; Process Service
Printed name and title

PO Box 123, Fargo, ND 58107
Server's address

Additional information regarding attempted service, etc:

[Notary stamp: DEANNA L. FLATEN, Notary Public, State of North Dakota, My Commission Expires July 29, 2014]

*Deanna L. Flaten* (signature)