**Christopher J. Kayser,** OSB #984244
cjkaser@larkinsvacura.com
**Danielle J. Hunsaker** OSB #045365
dhunsaker@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone:  503-222-4424
Facsimile:  503-827-7600
Attorneys for U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**LAWRENCE JAMES SACCATO,**

        Plaintiff Pro Se,   Case No. 6:10-cv-06244-AA

  v.

**DAVIS LAW FIRM**,   DEFENDANT U.S. BANK'S MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE

        Defendant,

**U.S. BANK NATIONAL ASSOCIATION N.D.,**   Co-Defendant.

**DOES 1 THROUGH 10.**

---

### LR 7.1-1 Certification

The undersigned counsel has made a good-faith effort to confer with pro se plaintiff Lawrence Saccato by telephone concerning this motion and was unable to do so.  Counsel called the phone number listed on the plaintiff's Complaint and was informed that it is the number for Currieco Real Estate, Inc. located in Roseburg, Oregon but that they could take a message for plaintiff.  Counsel left a message for plaintiff but as of the time of filing has not yet received a

MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE    Page 1

response.

## Motion

Defendant U.S. Bank National Association ("U.S. Bank") respectfully requests an extension of the deadline to file an answer or otherwise appear in this case until November 29, 2010. Such extension is necessary to allow counsel sufficient time to review the file in this case and respond appropriately to plaintiff's Complaint. This motion is supported by the Declaration of Danielle J. Hunsaker, filed herewith.

By filing this motion, U.S. Bank does not waive any claims or defenses that it may have in this matter, including, without limitation, any defenses based on lack of jurisdiction and improper service.

Dated: October 28, 2010.

LARKINS VACURA LLP

/s/ Danielle J. Hunsaker
Christopher J. Kayser OSB #984244
Danielle J. Hunsaker, OSB #045365
Attorneys for U.S. Bank National Association