**Christopher J. Kayser,** OSB #984244
cjkaser@larkinsvacura.com
**Danielle J. Hunsaker** OSB #045365
dhunsaker@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone:  503-222-4424
Facsimile:  503-827-7600
Attorneys for U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**LAWRENCE JAMES SACCATO,**

        Plaintiff Pro Se,   Case No. 6:10-cv-06244-AA

  v.

**DAVIS LAW FIRM**,   DECLARATION OF DANIELLE J. HUNSAKER IN SUPPORT OF DEFENDANT U.S. BANK'S MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE
        Defendant,

**U.S. BANK NATIONAL ASSOCIATION N.D.,**   Co-Defendant.

**DOES 1 THROUGH 10.**

---

    I, Danielle Hunsaker, do hereby attest:

    1.    I make this Declaration in support of U.S. Bank National Association's ("U.S. Bank") Motion for an extension of time to answer or otherwise appear in this case.

    2.    My law firm, Larkins Vacura LLP, was recently retained by U.S. Bank to act as counsel in the above-captioned matter.  Additional time is necessary for counsel to review the file and determine whether to answer or otherwise appear in this action.

DECLARATION OF DANIELLE J. HUNSAKER IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE     Page 1

3. I attempted to contact the plaintiff, who is acting pro se in this matter, concerning this request by twice calling the telephone number listed in plaintiff's Complaint. On both occasions I was informed that this number is a business number for Currieco Real Estate, Inc. located in Roseburg, Oregon, and that I could leave a message for plaintiff that would be given to him. I left a message for plaintiff but as of yet have received no response.

The foregoing statements are made under penalty of perjury on this 28th day of October, 2010, at Portland, Oregon.


/s/ Danielle J. Hunsaker
Danielle J. Hunsaker