Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

Attorney for Defendant Davis Law Firm

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVIS LAW FIRM; U.S. BANK NATIONAL ASSOCIATION N.D., Does 1 through 10,<br><br>　　　　Defendants. | Case No. CV10-6244 HO<br><br>**DEFENDANT DAVIS LAW FIRM'S ANSWER TO PLAINTIFF'S "AMENDED COMPLAINT"** |

　　Plaintiff's "Amended Complaint" (docket no. 21) contains only his amended allegations, following the court's order granting defendant U.S. Bank National Association, N.D.'s motion to dismiss. The "Amended Complaint" does not set forth any of the allegations from the original complaint. Accordingly, defendant Davis Law Firm responds to the "Amended Complaint" as follows:

　　None of the amended allegations are directed at defendant Davis Law Firm and, therefore, do not require a response from Davis Law Firm. To the extent a response is required, Davis Law Firm denies each and every allegation in the "Amended Complaint."

　　Davis Law Firm incorporates by reference the rest of its admissions, denials, affirmative defenses, and statements from its answer to the original complaint (docket no. 10).

Page 1 -   **DEFENDANT DAVIS LAW FIRM'S ANSWER TO PLAINTIFF'S "AMENDED COMPLAINT"**

1169504

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

WHEREFORE, Davis Law Firm prays for judgment in its favor on plaintiff's claims; for dismissal of plaintiff's claim with prejudice; for its costs and disbursements; and for any other relief that the court decides is proper.

DATED:  March 4, 2011

        COSGRAVE VERGEER KESTER LLP

        */s/ Robert E. Sabido*
        Robert E. Sabido, OSB No. 96416
        rsabido@cvk-law.com
        Telephone: (503) 323-9000
        Fax: (503) 323-9019

        Attorney for Defendant Davis Law Firm

Page 2 -  **DEFENDANT DAVIS LAW FIRM'S ANSWER TO PLAINTIFF'S "AMENDED COMPLAINT"**

1169504

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**DEFENDANT DAVIS LAW FIRM'S ANSWER TO PLAINTIFF'S "AMENDED COMPLAINT"** on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Christopher J. Kayser
Danielle J. Hunsaker
LARKINS VACURA LLP
621 SW Morrison St., Suite 1450
Portland, OR  97205
    Attorneys for Defendant U.S. Bank National N.D.

    DATED:  March 4, 2011

                                                 /s/ Robert E. Sabido
                                                 Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1169504

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000