## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

**Lawrence James Saccato,**

                          Plaintiff(s),

vs.

                                                          **Case No:**    **6:10-cv-6244-HO**

**Davis Law Firm, et al,**

                          Defendant(s).

### Scheduling Order

**Joint Status Report:**

    **(1)**    **Filing Requirements:**  The parties will file a Joint Status Report setting forth in separate paragraphs, the following information:

        **(A)**    A concise statement summarizing the jurisdiction and nature of the case and any jurisdictional problems;

        **(B)**    The case number, title, and status of similar or successive cases or proceedings pending in this court, or any other court or administrative agency;

        **(C)**    Whether the case is appropriate for referral to a mediator, arbitrator, or Special Master;

        **(D)**    Whether the case is to be tried by a jury, if previously demanded pursuant to Fed.R.Civ.P. 38(d);

        **(E)**    Date the case will be ready for trial, estimated number of trial days, dates counsel will be unavailable for trial, and any complications to be considered in setting the trial date;

**(F)**   Name, address, and telephone number of actual trial counsel;

    **(G)**   Whether all parties will consent to trial and entry of judgment by a United States Magistrate Judge (See Fed.R.Civ.P. 73 and LR 73).

**(2)**   **Separate Status Reports are Not Allowed:**  If counsel cannot agree to any portion of the report, they shall respond in separate paragraphs in the Joint Status Report.

**(3)**   **Non-appearing Parties:** In a separate paragraph, Plaintiff will explain the status of all previously served parties who have not filed a response prior to the due date of the Joint Status Report.

                                                                               _s/ J. Wright_
                                                      J. Wright, Deputy Clerk