Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
Nicholas E. Wheeler, OSB No. 044491
nwheeler@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

    Attorneys for Defendant Davis Law Firm

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIS LAW FIRM; U.S. BANK NATIONAL ASSOCIATION N.D., Does 1 through 10,<br><br>    Defendants. | Case No. CV10-6244 HO<br><br>**UNOPPOSED MOTION TO EXTEND CASE DEADLINES** |

Pursuant to FRCP 6(b), defendant Davis Law Firm moves to extend the current case management deadlines by 90 days. This motion is supported by the accompanying Declaration of Robert E. Sabido. Plaintiff, *pro se*, and Christopher J. Kayser, counsel for U.S. Bank National Association N.D., do not object to this motion.

    DATED:  May 24, 2011

                                    COSGRAVE VERGEER KESTER LLP


                                    */s/ Nicholas E. Wheeler*
                                  Nicholas E. Wheeler, OSB No. 044491
                                  nwheeler@cvk-law.com
                                  Telephone: (503) 323-9000
                                  Fax: (503) 323-9019

                                  Attorneys for Defendant Davis Law Firm

Page 1 -  **UNOPPOSED MOTION TO EXTEND CASE DEADLINES**      1229712
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Christopher J. Kayser
Danielle J. Hunsaker
LARKINS VACURA LLP
621 SW Morrison St., Suite 1450
Portland, OR 97205
    Attorneys for Defendant U.S. Bank National N.D.

    DATED: May 24, 2011

                                            */s/ Nicholas E. Wheeler*
                                            Nicholas E. Wheeler

Page 1 - **CERTIFICATE OF SERVICE**

1229712

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000