Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
Nicholas E. Wheeler, OSB No. 044491
nwheeler@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

    Attorneys for Defendant Davis Law Firm

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS LAW FIRM; U.S. BANK NATIONAL ASSOCIATION N.D., Does 1 through 10,<br><br>    Defendants. | Case No. CV10-6244 HO<br><br>**DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE DEADLINES** |

I, Robert E. Sabido, hereby declare:

1.    I am one of the attorneys representing defendant Davis Law Firm.

2.    At their Rule 26 conference, the parties agreed to a 90-day extension of all case deadlines, including the deadlines for discovery (6/10/11), dispositive motions (6/10/11), the joint status report (6/10/11), the joint ADR report (7/8/11), and the pretrial order (7/8/11).  I agreed to prepare the motion to extend the case deadlines.

3.    Subsequently, plaintiff and Davis Law Firm settled their portion of the case in principle.  Settlement documents are currently being prepared.

4.    The requested extension will allow plaintiff and Davis Law Firm to finalize the documents for their settlement.  Additionally, it will allow plaintiff and defendant U.S. Bank to proceed with discovery, motions, and other aspects of the case.

Page 1 -  **DECLARATION OF ROBERT E. SABIDO**

1229752
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

4.       Neither plaintiff, pro se, nor U.S. Bank's attorney, Christopher J. Kayser, opposes this motion.

5.       The motion is made in good faith and not for any improper purpose.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED:  May 24, 2011

/s/ Robert E. Sabido
Robert E. Sabido

Page 2 - **DECLARATION OF ROBERT E. SABIDO**

1229752
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DECLARATION OF ROBERT E. SABIDO** on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Christopher J. Kayser
Danielle J. Hunsaker
LARKINS VACURA LLP
621 SW Morrison St., Suite 1450
Portland, OR 97205
    Attorneys for Defendant U.S. Bank National N.D.

    DATED: May 24, 2011

                              */s/ Nicholas E. Wheeler*
                              Nicholas E. Wheeler

Page 1 - **CERTIFICATE OF SERVICE**

1229752

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000