# IN THE UNITED STATES DISTRICT COURT
# FOR OREGON EUGENE DIVISION

| | | |
|---|---|---|
| LAWRENCE JAMES SACCATO, | § | CIVIL ACTION NO.10-06244-HO |
| Plaintiff, ProSe' | § § | |
| vs. | § § | MOTION TO DISMISS |
| DAVIS LAW FIRM, | § § | DEFENDANT DAVIS LAW FIRM AND DOES 1 THROUGH 10 |
| Defendant | § § | |
| U.S. BANK NATIONAL ASSOCIATION N.D. | § § § | (Unlawful Debt Collection Practices under 15 USC 1692 *et. seq*, and ORS 646.639 *et. seq*.) |
| Co-Defendant | § § | (Unlawful Fair Credit Reporting under 15 USC §1681, *et seq*) |
| Does 1 through 10 | § | |

## MOTION FOR ORDER OF DISMISSAL

COMES now the Plaintiff, Lawrence James Saccato having reached an amicable settlement agreement with Defendant, Davis Law Firm on or about 05/31/2011.

IT IS HEREBY Requested by the Plaintiff, Lawrence James Saccato, that a Order of Dismissal of Defendant, Davis Law Firm and Does 1 through 10, WITH PREJUDICE be entered in the above case pending before this honorable court. Each party bearing their own costs and Attorney fees.

Respectfully submitted this 14th day of June, 2011.

_LAWRENCE SACCATO_
Plaintiff ProSe'
Lawrence James Saccato
6387 Old Hwy 99S
Roseburg, Oregon 97471
541-784-2284 (mess)
ljsaccato@gmail

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **MOTION TO DISMISSAL DEFENDANT DAVIS LAW FIRM AND DOES 1 THROUGH 10** on the date indicated below by:

☒  mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐  hand delivery,

☐  facsimile transmission,

☐  overnight delivery,

☒  electronic filing notification;

☒  electronic mail.

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Lawrence James Saccato
c/o 6387 Old 99 S.
Roseburg, OR 97471
    Plaintiff *pro se*

Christopher J. Kayser
Danielle J. Hunsaker
LARKINS VACURA LLP
621 SW Morrison St., Suite 1450
Portland, OR  97205
    Attorneys for Defendant U.S. Bank National N.D.

    DATED:  June 17, 2011

Frank H. Lagesen
Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1232703