**Christopher J. Kayser,** OSB #984244
cjkayser@larkinsvacura.com
**Joseph D. Mueller** OSB #111780
jmueller@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone:  503-222-4424
Facsimile:  503-827-7600
Attorneys for U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**LAWRENCE JAMES SACCATO,**

Plaintiff Pro Se,                                      Case No. 6:10-cv-06244-AA

v.

**DAVIS LAW FIRM,**                                  DEFENDANT U.S. BANK'S
                                          MOTION FOR SUMMARY JUDGMENT
                    Defendant,

**U.S. BANK NATIONAL ASSOCIATION
N.D.,**                  Co-Defendant.

**DOES 1 THROUGH 10.** _____

        Defendant U.S. Bank National Association N.D. ("U.S. Bank") hereby moves for

summary judgment in its favor on all of plaintiff's claims against it on the grounds that there is

no genuine issue of material fact and defendant is entitled to judgment as a matter of law.  Fed.

R. Civ. P. 56.  Pursuant to LR 7-1, the undersigned certifies that counsel for defendant has made

a good faith effort to resolve this dispute with *pro se* plaintiff, but has been unable to do so.

        In support of this motion, defendant relies on its Memorandum in Support of Motion for

//

DEFENDANT U.S. BANK'S MOTION FOR SUMMARY                              Page 1
JUDGMENT

Summary Judgment, and the Declaration of Christopher J. Kayser, filed herewith.

Dated: November 7, 2011.

LARKINS VACURA LLP

/s/ Christopher J. Kayser
Christopher J. Kayser OSB #984244
Joseph D. Mueller, OSB #111780
Attorneys for U.S. Bank National Association

## CERTIFICATE OF SERVICE

I am over the age of 18 and am not a party to the within action. I am employed in Multnomah County, State of Oregon, and my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On November 7, 2011, I served the following document(s):

## DEFENDANT U.S. BANK'S MOTION FOR SUMMARY JUDGMENT

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address(es) indicated on the attached service list.

☒ **BY FIRST-CLASS MAIL:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE:** For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list. If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐ **BY E-MAIL:** For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list. If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☐ **BY ECF:** For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/Christopher J. Kayser
Christopher J. Kayser

Lawrence James Saccato
c/o 6387 Old Hwy 99 S
Roseburg Oregon 97470