**Christopher J. Kayser,** OSB #984244
cjkaser@larkinsvacura.com
**Danielle J. Hunsaker** OSB #045365
dhunsaker@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone: 503-222-4424
Facsimile: 503-827-7600
Attorneys for U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**LAWRENCE JAMES SACCATO,**

          Plaintiff Pro Se,               Case No. 6:10-cv-06244-AA

    v.

**U.S. BANK NATIONAL ASSOCIATION**      DECLARATION OF STEPHANIE
**N.D., et al.**      Defendants.                     BUCKLEY

---

I, Stephanie Buckley, do attest and declare:

1.      I am the Vice President of Retail Payment Solutions Collections Support for U.S. Bank National Association ND. I am over 18 years of age and am competent to make the statements in this Declaration. If called to testify in court, I would testify as set forth herein.

2.      In my capacity as Vice President, I oversee the collections support group of 50 employees. In addition to other responsibilities, my group is responsible for responding to all credit bureau disputes related to credit cards and unsecured lines of credit.

3.      I understand that Lawrence Saccato has sued U.S. Bank alleging that it has violated the Fair Credit Reporting Act. I have reviewed documents related to those allegations

DECLARATION OF STEPHANIE BUCKLEY                      Page 1

and am familiar with Mr. Saccato's claim.  I understand that Mr. Saccato has complained to the credit reporting agencies that U.S. Bank was reporting certain credit card accounts as delinquent that Mr. Saccato claimed were not his.

4.      I have reviewed bank records related to this dispute.  U.S. Bank uses a program known as E-Oscar.  E-Oscar is a vehicle through which dispute information is transferred between credit reporting bureaus and data furnishers like the bank.  The system was developed in response to the Fair Credit Reporting Act which requires national consumer reporting agencies to implement an automated system through which banks may report the results of a dispute.  As a part of that system, the bank has access to records related to disputes and investigations.

5.      I have reviewed E-Oscar records related to Mr. Saccato's claim.  According to those records, U.S. Bank received notice of the dispute on April 21, 2010 from Experian and Transunion.  U.S. Bank thereafter conducted an investigation and on April 23, 2010 reported the results of that investigation to both Experian and Transunion.

6.      When a dispute, like Mr. Saccato's, is received from one of the credit bureaus, the bank immediately investigates.  Any identifying information that is listed within the dispute is used to look up the customer in the U.S. Bank systems or in the other public record systems (Lexis Nexis or FastData) that we have access to.  Demographic information is verified to ensure the correct customer has been located, and then it is determined which account's history is being disputed – open date, balance amount, credit limit delinquencies, etc.

7.      The disputed information is then compared to the actual account history.  The system information is reviewed, the notes are read, along with verifying whether any other disputes have been submitted on the account in the past.  An update will be performed if the disputed item is actually being reported incorrectly or if there had been a bank error.

DECLARATION OF STEPHANIE BUCKLEY                                      Page 2

8.    In addition, after this case was filed, I conducted an additional investigation which further confirms that the accounts are in fact Mr. Saccato's and that his contrary claims are completely without merit. I have located an account application for one of his DBA's, Kendall Holdings, that is signed by him and lists a prior address for him. A true and correct copy of that account application is attached as Exhibit A.

9.    I have located the account statements for all of the credit card accounts that identify Mr. Saccato as the primary account holder. One of these accounts lists a plane ticket that was purchased in Mr. Saccato's name. True and correct copies of account statements from each of the accounts are attached as Exhibit B, including the account statement identifying the plane ticket purchased in Mr. Saccato's name.

10.    I have located copies of checks used to pay down the balance of some of these accounts which were written from Mr. Saccato's own checking accounts and appear to be signed by him. True and correct copies of three of those checks are attached as Exhibit C.

11.    I am aware of no further investigation I could perform to confirm that these accounts are in fact Mr. Saccato's. I have not seen anything in the file that indicates Mr. Saccato has provided us with any reason to dispute that these accounts are in fact his.

The foregoing statements are made under penalty of perjury on this 20th day of September, 2011, at St. Louis, Missouri.

Stephanie Buckley

DECLARATION OF STEPHANIE BUCKLEY                                    Page 3

# Visa® Platinum Acceptance Certificate



**PRE-QUALIFIED**

*7006297 1219 290*

Kendall Holdings
1553 Kendall St
Roseburg, OR 97470-5323

Confirmation Code MUB1269061
UPV PC1945 LC 8879 SC9214

**Please reply by October 31, 2006.**
**Web: www.usbank.com/2006usb3**
**Phone: 1-888-777-4444**

**usbank**
*Five Star Service Guaranteed*

- Generous credit limit
- 0.00% APR on balance transfers for 15 billing cycles*

\* See reverse side of this letter and enclosed insert for full terms of this offer.

## Choose one:  ☒ Individual Account   ☐ Joint Account

PLEASE NOTE: Incomplete information may result in an automatic denial of credit. Please complete entire application. Rate, fee and other cost information are located on the enclosed insert. Please print.

*05/06/1955*   *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*
Date of birth        Social Security number

*(541) 672 9590*      *0*
Home phone           Monthly mortgage/rental amount

Email address: *Hideaway Storage*      Residence: ☒ Own ☐ Rent ☐ Other
Employer: *Hideaway Storage*           *15* Yrs *6* Mo   Time at residence

*100K*    *(541) 679 9350*
Annual household income†   Business phone

† Alimony, child support or separate maintenance payments need not be revealed if you do not wish to have it considered as a basis for repaying the obligation.

If this is to be a joint account, please print the co-applicant's name, and have him/her sign below. Two cards will be sent. Note: If this is to be an individual account, married Wisconsin residents must provide the name and address of spouse in the co-applicant section. If this credit account is opened, we may give notice of the opening to the applicant's spouse.

Co-applicant/Spouse first name   MI   Last name

Co-applicant/Spouse address (No P.O. Boxes allowed under federal law)

Co-applicant date of birth   Co-applicant Social Security number

### Easy Balance Transfer Form

Yes! I have my authorization to transfer these balances to my new U.S. Bank Visa Platinum Card account.**

| Credit Issuer/Company we are to pay | Account #(s) that you want us to pay | Credit Card Issuer Address | Total |
|---|---|---|---|
| Wells Fargo | 5417 6431 7434 6380 | P.O. Box 54349 Los Angeles 90054 | 25,000 00 |
| Citi | 5424 1801 7744 8559 | P.O. Box 6309 the Lakes NV 88901 | 5000 00 |

You can also transfer balances when you apply by phone at 1-888-777-4444.   **Total** (minimum $250.00) | 30,000 00

X Applicant signature *[signature]*    Date *10 /20 /06*

\*\*Balance transfer transactions from other U.S. Bank accounts are not permitted. Refer to balance transfer section on back of letter and below for fees and rates.

### I acknowledge that I have read the important information below and on the back of this page.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may ask to see your driver's license or other identifying documents.

EXPANDED ACCOUNT ACCESS: By submitting this application, you request that all this Account, if you request it by any card(s) that we or our bank affiliates may issue to you now or in the future or PINs that we may select now or in the future, and/or for this Account, any card issued to you or PIN you select across multiple checking, savings, lines of credit or credit card accounts held in your name held by us or any of our bank affiliates. "Access" means use of a card or account number and PIN to conduct a transaction at an ATM or via telephone, personal computer banking, or any other available method. There are no additional fees or charges for expanded account access...

X Applicant signature *[signature]*   Date *10 /20 /06*

X Co-applicant signature   Date

### Applicant Signature for Payment Protection

Yes! I wish to protect my account balance in the event of disability, involuntary unemployment, family leave or death as described at a cost of 75¢ per $100 of my ending monthly balance.* I understand that enrollment is voluntary and I am free to cancel my coverage at any time. I acknowledge that I have received the insurance disclosures on the back of this form. (CA Residents: My signature below means that I have read and understand the Application of Card enrollment on the reverse side.)

Policy Forms 10085 2-78, 11282, 11495 WI.    Form K977 01/66

X Applicant signature *[signature]* *not accepted*   Birth date: / /
X Co-applicant signature   SIGN HERE   Birth date: / /

103106

TC28570

## PRESCREEN & OPT-OUT NOTICE

Information in your consumer credit report was used to extend this offer of credit to you. You received this offer of credit because you satisfied our criteria for creditworthiness. Please know that this offer may not be extended after you respond if you do not continue to meet the criteria by which you were selected, or if new information indicates that you no longer meet the criteria. You have a right to prohibit information in your credit report at any consumer reporting agency from being used to send you offers of credit which you did not request. You can exercise this right by notifying the three major credit reporting agencies: Equifax, Experian and TransUnion. Call toll-free 1-888-5OPTOUT (1-888-567-8688). Or write to: TransUnion Opt Out Request, P.O. Box 505, Woodlyn, PA 19094-0505; Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123; Experian Consumer Opt Out, P.O. Box 919, Allen, TX 75013 or call 1-888-567-8688.



**Call:** 1-888-777-4444

**Fax:** 1-800-670-4834

**Mail:** Use the enclosed postage-paid envelope

**Visit:** www.usbank.com/2006usb3

Buckley Declaration Exhibit A    USB/SACC 001322
Page 2 of 2

**January Statement**  for activity from Dec. 23, 2005 through Jan. 25, 2006    Inquiries: 1-866-485-4545
EMERALD INVESTMENT CO , LAWRENCE J SACCATO (CPN 000294882)    BUS  B16    Page 1 of 2

**Your U.S. Bank Visa® Business Card Account at a glance**    Account 4833 4920 0009 7646

### Activity Summary

| | |
|---|---|
| Previous Balance | $1,894.13 |
| Payments and Credits | $250.00 |
| Purchases, Advances & Other Debits | $2,242.74 |
| FINANCE CHARGES | $45.70 |
| New Balance | $3,932.57 |

### Credit and Payment Information

| | |
|---|---|
| Credit Line | $17,000.00 |
| Available Credit | $13,067.43 |
| Minimum Payment Due (Current Month) | $79.00 |
| Minimum Payment Due (Past Due) | $0.00 |
| Total New Minimum Payment Due | $79.00 |
| Payment Due Date | Feb. 19, 2006 |

*To reduce or avoid paying additional finance charges on your purchase balance, pay the total new balance of $3,932.57 by 02/19/06. Any cash balance or balance transfer balance will continue to accrue daily interest until the date your payment is received.*

### Transactions

| Post Date | Trans Date | Ref. Nbr | Description of Transaction | Amount | Notation |
|---|---|---|---|---|---|
| *Payments and Credits* | | | | | |
| 01/11 | 01/11 | 0151 | PAYMENT  THANK YOU | $250.00  CR | _ _ _ _ _ _ _ _ |
| *Purchases, Advances, Debits* | | | | | |
| 12/23 | 12/21 | 4521 | US AIRWAY0371289575332 ATLANTA        GA CURRIE/VALYNN 01/16/06 PHOENIX ARIZ  TO PHOENIX ARIZ PHOENIX ARIZ  TO MAZATLAN MEX MAZATLAN MEX  TO PHOENIX ARIZ PHOENIX ARIZ  TO PORTLAND ORE | $505.04 | _ _ _ _ _ _ _ _ |
| 12/23 | 12/21 | 4704 | US AIRWAY0371289575723 ATLANTA        GA SACCATO/LAWREN 01/16/06 MAZATLAN MEX  TO PHOENIX ARIZ PHOENIX ARIZ  TO MAZATLAN MEX MAZATLAN MEX  TO PORTLAND ORE | $598.04 | _ _ _ _ _ _ _ _ |
| 12/23 | 12/22 | 8883 | EXPEDIA*SERVICE FEES  800-367-3476 NV | $5.00 | _ _ _ _ _ _ _ _ |
| 12/23 | 12/22 | 0293 | EXPEDIA*SERVICE FEES  800-367-3476 NV | $5.00 | _ _ _ _ _ _ _ _ |
| 01/17 | 01/13 | 3549 | SHERWIN WILLIAMS #8118 ROSEBURG    OR | $1,129.66 | _ _ _ _ _ _ _ _ |
| *Finance Charges* | | | | | |
| 01/25 | | | ***FINANCE CHARGE***INTEREST | $45.70 | _ _ _ _ _ _ _ _ |

*Continued on Next Page*

DUPLICATE REPRINTED STATEMENT    *Please detach and send coupon with payment.*    CPN 000294882

 **USbank**
*Five Star Service Guaranteed*

00483349200009764600000790000 03932576

To change your address or for
Cardmember Service please call:
1-866-485-4545  *Every Hour! Every Day!*

00009892

EMERALD INVESTMENT CO
LAWRENCE J SACCATO
1553 KENDALL ST
ROSEBURG OR 97470-5323

| Your Account Number: | 4833 4920 0009 7646 |
|---|---|
| Total New Balance: | $3,932.57 |
| Minimum Payment Due: | $79.00 |
| Payment Due Date : Enter Amount of Payment Enclosed | |
| Feb. 19, 2006 | |

U.S. Bank

P.O. Box 790408
St. Louis, MO  63179-0408

USB/SACC 000208

Buckley Declaration Exhibit B
Page 1 of 14

January Statement  for activity from Dec. 23, 2005 through Jan. 25, 2006     Inquiries: 1-866-485-4545
EMERALD INVESTMENT CO , LAWRENCE J SACCATO (CPN 000294882)     Page 2 of 2

## Company Approval *(click here for easy payment options)*

Signature/Approval: _____     Accounting Code: _____

## Rate Summary

| Balance Type | Balance By Type | Avg Daily Balance | Daily Periodic Rate | Rate Type | Corresponding Interest | APR This Period | Grace Period |
|---|---|---|---|---|---|---|---|
| BALANCE TRANSFER | $0.00 | $0.00 | 0.040383% | VARIABLE | $0.00 | 14.74% | 0.00% | N |
| PURCHASES | $3,932.57 | $3,328.84 | 0.040383% | VARIABLE | $45.70 | 14.74% | 14.74% | Y |
| ADVANCES | $0.00 | $0.00 | 0.055452% | VARIABLE | $0.00 | 20.24% | 0.00% | N |

## Important Messages

Thank you for your business in 2005. We are committed to providing you the highest level of customer service and look
forward to serving your financial needs in 2006.

Remember to use your Visa Business Card to pay monthly bills like phone, utilities, equipment rental, and
memberships.  Avoid the hassle of writing checks and missing payments.  For a complete listing of merchants that
accept Visa for payment, visit www.visa.com/billpay.

## To contact us regarding your account  4833-4920-0009-7646

☎ **By Telephone:**
*Every Hour! Every Day!*
Voice:  1-866-485-4545
TDD:   1-888-352-6455
Fax:    1-866-807-9053

❓ **Send Inquiries to:**
Cardmember Service
P.O. Box 6353
Fargo, ND  58125-6353

✉ **Send Payments to:**
U.S. Bank
P.O. Box 790408
St. Louis, MO  63179-0408

🖥 **By E-Mail:**
visit our website:
usbank.com

*End of Statement*

USB/SACC 000209

Buckley Declaration Exhibit B
Page 2 of 14

 

 **May Statement** for activity from Apr. 30, 2011 through May 31, 2011
LARRY J SACCATO

Inquiries: 1-800-699-2281
BNK    35    Page 1 of 2

**Your Harley-Davidson® High Performance Visa® Card account at a glance**
Account: 4190 0403 3609 2638

## Activity Summary

| | |
|---|---|
| Previous Balance | $10,061.75 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Balance Transfers | $0.00 |
| Advances | $0.00 |
| Other Debits | $0.00 |
| Past Due Amount | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $9,559.55 |
| Credit Line | None |
| Available Credit | None |
| Statement Close Date | May 31, 2011 |
| Days in Billing Cycle | 32 |

## Payment Information

| | |
|---|---|
| New Balance | $9,559.55 |
| Minimum Payment Due (Current Month) | $0.00 |
| Minimum Payment Due (Past Due) | $0.00 |
| **Total New Minimum Payment Due** | **$0.00** |
| Payment Due Date | Jun. 25, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $35.00 Late Fee.

To reduce or avoid paying additional fees and interest charges on your purchase balance, pay the total new balance of $9,559.55 by 06/25/11. Any cash balance or balance transfer balance will continue to accrue daily interest until the date your payment is received.

**2011 Totals Year-to-Date**

| | |
|---|---|
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged in 2011 | $0.00 |

*Continued on Next Page*
*Please detach and send coupon with check payable to: U.S. Bank*

0741900403360926380000000000009559556

| | |
|---|---|
| Your Account Number: | 4190 0403 3609 2638 |
| Total New Balance: | $9,559.55 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date | |
| Jun. 25, 2011 | |

To change your address or for
Cardmember Service please call:
1-800-699-2281 **Every Hour! Every Day!**

000025859 1 SP    106461101604218 S

LARRY J SACCATO
PO BOX 143
GLIDE OR 97443-0143

**U.S. Bank**
P.O. Box 790408
St. Louis, MO  63179-0408

USB/SACC 000686

Buckley Declaration Exhibit B
Page 3 of 14

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, please call us at the telephone number on the front of this statement, or write to us at:
Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335.
In your letter or call, give us the following information:
▶ *Account information:* Your name and account number.
▶ *Dollar amount:* The dollar amount of the suspected error.
▶ *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. While we investigate whether or not there has been an error, the following are true:
▶ We cannot try to collect the amount in question, or report you as delinquent on that amount.
▶ The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
▶ While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
▶ We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Information Regarding Your Account**
1. **INTEREST CHARGE: Method of Computing Amount Subject to Interest:** We calculate the periodic rate or interest portion of the INTEREST CHARGE by multiplying the applicable Daily Periodic Rate ("DPR") by the Average Daily Balance ("ADB") (including new transactions) of the Purchase, Advance and Balance Transfer categories subject to interest, and then adding together the resulting interest from each category. We determine the ADB separately for the Purchases, Advances and Balance Transfer categories. To get the ADB in each category, we add together the daily balances in those categories for the billing cycle and divide the result by the number of days in the billing cycle. We determine the daily balances each day by taking the beginning balance of those Account categories (including any billed but unpaid interest, fees, credit insurance and other charges), adding any new interest, fees, and charges, and subtracting any payments or credits applied against your Account balances that day. We add a Purchase, Advance or Balance Transfer to the appropriate balances for those categories on the later of the transaction date or the first day of the statement period. Billed but unpaid interest on Purchases, Advances and Balance Transfers is added to the appropriate balances for those categories each month on the statement date. Billed but unpaid Advance Transaction Fees are added to the Advance balance of your Account on the date they are charged to your Account. Any billed but unpaid fees on Purchases, credit insurance charges, and other charges are added to the Purchase balance of the Account on the date they are charged to the Account. Billed but unpaid fees on Balance Transfers are added to the Balance Transfer balance of the Account on the date they are charged to the Account. In other words, billed and unpaid interest, fees, and charges will be included in the ADB of your Account that accrues interest and will reduce the amount of credit available to you. Credit insurance charges are not included in the ADB calculation for Purchases until the first day of the billing cycle following the date the credit insurance premium is charged to the Account. Prior statement balances subject to an interest-free period that have been paid on or before the payment due date in the current billing cycle are not included in the ADB calculation.

2. **Payment Information:** Make checks payable to U.S. Bank National Association ND. Use the enclosed return envelope to mail your payment to: U.S. Bank National Association ND, P.O. Box 790408, St. Louis, MO 63179-0408. All payments by check or money order, in U.S. dollars and accompanied by a payment coupon will be credited to your Account on the day of receipt if received at this address by 5:00 p.m. CST on any banking day. Banking days are all calendar days except Saturday, Sunday, and federal holidays. Payments due over a Saturday, Sunday or federal holiday and received on those days will be credited on the day of receipt. Other types of mailed payments will be processed within five banking days of receipt by U.S. Bank and credited to your Account on the day of receipt.

3. **Credit Reporting:** We may report information on your Account to Credit Bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report.

USB/SACC 000687

Buckley Declaration Exhibit B
Page 4 of 14





 **May Statement** for activity from Apr. 30, 2011 through May 31, 2011          Inquiries: 1-800-699-2281
LARRY J SACCATO                                                                                              Page 2 of 2

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**APR for current and future transactions.

| Balance Type | Balance By Type | Balance Subject to Interest | Variable | Interest | Annual Percentage Rate | Expires with Statement | Interest Free Period |
|---|---|---|---|---|---|---|---|
| **BALANCE TRANSFER | $0.00 | $0.00 | YES | $0.00 | 0.00% | | NO |
| **PURCHASES | $11,215.43 | $0.00 | YES | $0.00 | 0.00% | | YES |
| **ADVANCES | $0.00 | $0.00 | | $0.00 | 0.00% | | NO |

## Important Messages

Each time you or a third party on your behalf, pays your bill by personal check, you authorize us to convert that payment into an electronic debit. If the check is processed electronically, the checking account will be debited for the amount on the check and the debit will appear on your account statement. If you have any questions, please contact us at the inquiries phone number located on this statement.

## To contact us regarding your account:   4190 0403 3609 2638

| ☎ **By Telephone:** | ⑦ **Send Inquiries to:** | ✉ **Send Payments to:** | 🖥 **Your Account** |
|---|---|---|---|
| *Every Hour! Every Day!* | Cardmember Service | U.S. Bank | **Online:** |
| Voice:  1-800-699-2281 | P.O. Box 6339 | P.O. Box 790408 | h-dvisa.com |
| TDD:    1-888-352-6455 | Fargo, ND  58125-6339 | St. Louis, MO  63179-0408 | |
| Fax:    1-866-588-7729 | | | |

*End of Statement*

USB/SACC 000688



**EXHIBIT NO. 4**
C & C Reporting

 **usbank.**

 **May Statement** for activity from Apr. 30, 2011 through May 31, 2011
LAWRENCE J SACCATO

**Inquiries: 1-888-852-5786**
BNK      35   Page 1 of 2

Your U.S. Bank Credit line account at a glance          Account: 4190 0808 6670 0614

| Activity Summary | | Payment Information | |
|---|---|---|---|
| Previous Balance ..................... | $33,763.74 | New Balance ........................... | $32,681.21 |
| Payments ................................ | $0.00 | Minimum Payment Due (Current Month) | $0.00 |
| Other Credits .......................... | $0.00 | Minimum Payment Due (Past Due) | $0.00 |
| Purchases .............................. | $0.00 | **Total New Minimum Payment Due** | **$0.00** |
| Balance Transfers ................... | $0.00 | Payment Due Date................. | Jun. 25, 2011 |
| Advances ............................... | $0.00 | | |
| Other Debits ........................... | $0.00 | **Late Payment Warning:** If we do not receive your | |
| Past Due Amount .................... | $0.00 | minimum payment by the date listed above, you may have | |
| Fees Charged......................... | $0.00 | to pay up to a $35.00 Late Fee. | |
| Interest Charged.................... | $0.00 | | |
| New Balance .......................... | $32,681.21 | | |
| Credit Line ............................. | None | | |
| Available Credit ..................... | None | | |
| Statement Close Date............. | May 31, 2011 | | |
| Days In Billing Cycle ............. | 32 | | |

*To avoid late charges, your payment must be posted by the due date of 06/25/11. Paying the new balance will not pay off your account.*
*If you wish to pay your account in full, please call Customer Service for the payoff amount.*

| 2011 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged In 2011 | $0.00 |

*Continued on Next Page*

*Please detach and send coupon with check payable to: U.S. Bank*

**usbank.**

11419008086670061400000000000032681215

| | |
|---|---|
| Your Account Number: | 4190 0808 6670 0614 |
| Total New Balance: | $32,681.21 |
| *Minimum Payment Due:* | $0.00 |
| *Payment Due Date* | |
| **Jun. 25, 2011** | |

To change your address or for
Customer Service please call:
1-888-852-5786  *Every Hour! Every Day!*

000025175 1 .SP    106481101499577 S

LAWRENCE J SACCATO
PO BOX 143
GLIDE OR 97443-0143

**U.S. Bank**
P.O. Box 790408
St. Louis, MO 63179-0408

USB/SACC 000239

Buckley Declaration Exhibit B
Page 6 of 14

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, please call us at the telephone number on the front of this statement, or write to us at:
Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335.
In your letter or call, give us the following information:
► *Account Information:* Your name and account number.
► *Dollar amount:* The dollar amount of the suspected error.
► *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. While we investigate whether or not there has been an error, the
following are true:
► We cannot try to collect the amount in question, or report you as delinquent on that amount.
► The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that
we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
► While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
► We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the
problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must
have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we
own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your
credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Cardmember Service, P.O. Box 6335,
Fargo, ND 58125-6335. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation,
we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Information Regarding Your Account**
1. INTEREST CHARGE: Method of Computing Amount Subject to Interest: We calculate the periodic rate or interest portion of the INTEREST
CHARGE by multiplying the applicable Daily Periodic Rate ("DPR") by the Average Daily Balance ("ADB") (including new transactions) of the
Purchase, Advance and Balance Transfer categories subject to interest, and then adding together the resulting interest from each category. We
determine the ADB separately for the Purchases, Advances and Balance Transfer categories. To get the ADB in each category, we add
together the daily balances in those categories for the billing cycle and divide the result by the number of days in the billing cycle. We determine
the daily balances each day by taking the beginning balance of those Account categories (including any billed but unpaid interest, fees, credit
insurance and other charges), adding any new interest, fees, and charges, and subtracting any payments or credits applied against your
Account balances that day. We add a Purchase, Advance or Balance Transfer to the appropriate balances for those categories on the later of
the transaction date or the first day of the statement period. Billed but unpaid interest on Purchases, Advances and Balance Transfers is added
to the appropriate balances for those categories each month on the statement date. Billed but unpaid Advance Transaction Fees are added to
the Advance balance of your Account on the date they are charged to your Account. Any billed but unpaid fees on Purchases, credit insurance
charges, and other charges are added to the Purchase balance of the Account on the date they are charged to the Account. Billed but unpaid
·fees on Balance Transfers are added to the Balance Transfer balance of the Account on the date they are charged to the Account. In other
words, billed and unpaid interest, fees, and charges will be included in the ADB of your Account that accrues interest and will reduce the amount
of credit available to you. Credit insurance charges are not included in the ADB calculation for Purchases until the first day of the billing cycle
following the date the credit insurance premium is charged to the Account. Prior statement balances subject to an interest-free period that have
been paid on or before the payment due date in the current billing cycle are not included in the ADB calculation.

Note for Premier Line Plus Accounts: If your periodic statement shows a tiered balance in the Interest Charge Calculation Section, the interest
portion of the periodic interest charge is calculated as noted above, with the following exceptions: The Standard Rate Average Daily Balances
will be calculated individually by Purchase, Advance and Balance Transfer. The Tier One Price Discount and Tier Two Price Discount Average
Daily Balances will be calculated individually by the rate tier.

2. Payment Information: Make checks payable to U.S. Bank National Association ND. Use the enclosed return envelope to mail your payment to:
U.S. Bank National Association ND, P.O. Box 790408, St. Louis, MO 63179-0408. All payments by check or money order, in U.S. dollars and
accompanied by a payment coupon will be credited to your Account on the day of receipt if received at this address by 5:00 p.m. CST on any
banking day. Banking days are all calendar days except Saturday, Sunday, and federal holidays. Payments due over a Saturday, Sunday or
federal holiday and received on those days will be credited on the next day of receipt. Other types of mailed payments will be processed within five
banking days of receipt by U.S. Bank and credited to your Account on the day of receipt.

3. Credit Reporting: We may report information on your Account to Credit Bureaus. Late payments, missed payments or other defaults on your
Account may be reflected in your credit report.

USB/SACC 000240



 **May Statement** for activity from Apr. 30, 2011 through May 31, 2011    Inquiries: 1-888-852-5786
LAWRENCE J SACCATO                                                         Page 2 of 2

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**APR for current and future transactions.

| Balance Type | Balance By Type | Balance Subject to Interest | Variable | Interest | Annual Percentage Rate | Expires with Statement | Interest Free Period |
|---|---|---|---|---|---|---|---|
| **BALANCE TRANSFER | $0.00 | $0.00 | YES | $0.00 | 0.00% | | NO |
| **PURCHASES | $274.77 | $0.00 | YES | $0.00 | 0.00% | | NO |
| **ADVANCES | $36,918.64 | $0.00 | YES | $0.00 | 0.00% | | NO |

## Important Messages

Each time you or a third party on your behalf, pays your bill by personal check, you authorize us to convert that payment into an electronic debit. If the check is processed electronically, the checking account will be debited for the amount on the check and the debit will appear on your account statement. If you have any questions, please contact us at the Inquiries phone number located on this statement.

## To contact us regarding your account: 4190 0808 6670 0614

**☎ By Telephone:**
*Every Hour! Every Day!*
Voice: 1-888-852-5786
TDD: 1-800-846-2580
Fax: 1-866-568-7729

**⑦ Send Inquiries to:**
Customer Service
P.O. Box 6352
Fargo, ND 58125-6352

**✉ Send Payments to:**
U.S. Bank
P.O. Box 790408
St. Louis, MO 63179-0408

**💻 By E-Mail:**
visit our website:
usbank.com

*End of Statement*

USB/SACC 000241

Buckley Declaration Exhibit B
Page 8 of 14





L Saccato

EXHIBIT NO. 5

C & C Reporting



May Statement  for activity from Apr. 30, 2011 through May 31, 2011      Inquiries: 1-800-699-2281
LARRY J SACCATO                                                         BNK        35    Page 1 of 2

## Your Harley-Davidson® High Performance Visa® Card account at a glance

Account: 4190 0403 3596 3755

| Activity Summary | | Payment Information | |
|---|---|---|---|
| Previous Balance .................... | $7,437.24 | New Balance .......................... | $7,221.72 |
| Payments.................................. | $0.00 | Minimum Payment Due (Current Month) | $0.00 |
| Other Credits ........................... | $0.00 | Minimum Payment Due (Past Due) | $0.00 |
| Purchases................................. | $0.00 | **Total New Minimum Payment Due** | **$0.00** |
| Balance Transfers.................... | $0.00 | Payment Due Date.................. | Jun. 25, 2011 |
| Advances ................................. | $0.00 | | |
| Other Debits ............................ | $0.00 | **Late Payment Warning:** If we do not receive your | |
| Past Due Amount..................... | $0.00 | minimum payment by the date listed above, you may have | |
| Fees Charged........................... | $0.00 | to pay up to a $35.00 Late Fee. | |
| Interest Charged...................... | **$0.00** | | |
| New Balance ............................ | $7,221.72 | | |
| Credit Line .............................. | None | | |
| Available Credit ...................... | None | | |
| Statement Close Date............. | May 31, 2011 | | |
| Days in Billing Cycle ............... | 32 | | |

*To reduce or avoid paying additional fees and interest charges on your purchase balance, pay the total new balance of $7,221.72 by 06/25/11. Any cash balance or balance transfer balance will continue to accrue daily interest until the date your payment is received.*

### 2011 Totals Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged in 2011 | $0.00 |

Continued on Next Page

*Please detach and send coupon with check payable to: U.S. Bank*

07419004033596375500000000000007221720

| | |
|---|---|
| Your Account Number: | 4190 0403 3596 3755 |
| Total New Balance: | $7,221.72 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date | Enter Amount of Payment Enclosed |
| **Jun. 25, 2011** | |

To change your address or for
Cardmember Service please call:
1-800-699-2281  *Every Hour! Every Day!*

000025858  1 SP      106481101604217 S

LARRY J SACCATO
PO BOX 143
GLIDE OR 97443-0143

U.S. Bank
P.O. Box 790408
St. Louis, MO  63179-0408

USB/SACC 000390

Buckley Declaration Exhibit B
Page 9 of 14

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, please call us at the telephone number on the front of this statement, or write to us at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335.
In your letter or call, give us the following information:
► *Account information*: Your name and account number.
► *Dollar amount*: The dollar amount of the suspected error.
► *Description of Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. While we investigate whether or not there has been an error, the following are true:
► We cannot try to collect the amount in question, or report you as delinquent on that amount.
► The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
► While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
► We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Information Regarding Your Account**

1. INTEREST CHARGE: Method of Computing Amount Subject to Interest: We calculate the periodic rate or interest portion of the INTEREST CHARGE by multiplying the applicable Daily Periodic Rate ("DPR") by the Average Daily Balance ("ADB") (including new transactions) of the Purchase, Advance and Balance Transfer categories subject to interest, and then adding together the resulting interest from each category. We determine the ADB separately for the Purchases, Advances and Balance Transfer categories. To get the ADB in each category, we add together the daily balances each day for each of these categories for the billing cycle and divide the result by the number of days in the billing cycle. We determine the daily balances each day by taking the beginning balance of those Account categories (including any billed but unpaid interest, fees, credit insurance and other charges), adding any new interest, fees, and charges, and subtracting any payments or credits applied against your Account balances that day. We add a Purchase, Advance or Balance Transfer to the appropriate balances for those categories on the later of the transaction date or the first day of the statement period. Billed but unpaid interest on Purchases, Advances and Balance Transfers is added to the appropriate balances for those categories each month on the statement date. Billed but unpaid Advance Transaction Fees are added to the Advance balance of your Account on the date they are charged to your Account. Any billed but unpaid fees on Purchases, credit insurance charges, and other charges are added to the Purchase balance of the Account on the date they are charged to the Account. Billed but unpaid fees on Balance Transfers are added to the Balance Transfer balance of the Account on the date they are charged to the Account. In other words, billed and unpaid interest, fees, and charges will be included in the ADB of your Account that accrues interest and will reduce the amount of credit available to you. Credit insurance charges are not included in the ADB calculation for Purchases until the first day of the billing cycle following the date the credit insurance premium is charged to the Account. Prior statement balances subject to an interest-free period that have been paid on or before the payment due date in the current billing cycle are not included in the ADB calculation.

2. Payment Information: Make checks payable to U.S. Bank National Association ND. Use the enclosed return envelope to mail your payment to: U.S. Bank National Association ND, P.O. Box 790408, St. Louis, MO 63179-0408. All payments by check or money order, in U.S. dollars and accompanied by a payment coupon will be credited to your Account on the day of receipt if received at this address by 5:00 p.m. CST on any banking day. Banking days are all calendar days except Saturday, Sunday, and federal holidays. Payments due over a Saturday, Sunday or federal holiday and received on those days will be credited on the day of receipt. Other types of mailed payments will be processed within five banking days of receipt by U.S. Bank and credited to your Account on the day of receipt.

3. Credit Reporting: We may report information on your Account to Credit Bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report.

USB/SACC 000391

Buckley Declaration Exhibit B
Page 10 of 14

 **US bank.**

 **HARLEY-DAVIDSON®**
**HIGH PERFORMANCE VISA®**



**May Statement** for activity from Apr. 30, 2011 through May 31, 2011          Inquiries: 1-800-699-2281
LARRY J SACCATO                                                                                              Page 2 of 2

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**APR for current and future transactions.

| Balance Type | Balance By Type | Balance Subject to Interest | Variable | Annual Interest | Percentage Rate | Expires with Statement | Interest Free Period |
|---|---|---|---|---|---|---|---|
| **BALANCE TRANSFER | $0.00 | $0.00 | YES | $0.00 | 0.00% | | NO |
| **PURCHASES | $8,493.90 | $0.00 | YES | $0.00 | 0.00% | | YES |
| **ADVANCES | $0.00 | $0.00 | YES | $0.00 | 0.00% | | NO |

## Important Messages

Each time you or a third party on your behalf, pays your bill by personal check, you authorize us to convert that payment into an electronic debit. If the check is processed electronically, the checking account will be debited for the amount on the check and the debit will appear on your account statement. If you have any questions, please contact us at the inquiries phone number located on this statement.

## To contact us regarding your account: 4190 0403 3596 3755

☎ **By Telephone:**
*Every Hour! Every Day!*
Voice:   1-800-699-2281
TDD:     1-888-352-6455
Fax:     1-866-568-7729

✆ **Send Inquiries to:**
Cardmember Service
P.O. Box 6339
Fargo, ND  58125-6339

✉ **Send Payments to:**
U.S. Bank
P.O. Box 790408
St. Louis, MO  63179-0408

🖳 **Your Account Online:**
h-dvisa.com

*End of Statement*

USB/SACC 000392

Buckley Declaration Exhibit B
Page 11 of 14



*L. Saccato*
EXHIBIT NO. *9*
C & C Reporting





**May Statement** for activity from Apr. 30, 2011 through May 31, 2011          Inquiries: 1-800-285-8585
KENDALL HOLDINGS                                                         BNK     35    Page 1 of 2

Your U.S. Bank Platinum Visa® Card account at a glance          Account: 4037 8400 0664 5319

| Activity Summary | | Payment Information | |
|---|---|---|---|
| Previous Balance | $9,334.83 | New Balance | $8,965.98 |
| Payments | $0.00 | Minimum Payment Due (Current Month) | $0.00 |
| Other Credits | $0.00 | Minimum Payment Due (Past Due) | $0.00 |
| Purchases | $0.00 | **Total New Minimum Payment Due** | **$0.00** |
| Balance Transfers | $0.00 | Payment Due Date | Jun. 25, 2011 |
| Advances | $0.00 | | |
| Other Debits | $0.00 | **Late Payment Warning:** If we do not receive your | |
| Past Due Amount | $0.00 | minimum payment by the date listed above, you may have | |
| Fees Charged | $0.00 | to pay up to a $35.00 Late Fee. | |
| Interest Charged | **$0.00** | | |
| New Balance | $8,965.98 | | |
| Credit Line | None | | |
| Available Credit | None | | |
| Statement Close Date | May 31, 2011 | | |
| Days In Billing Cycle | 32 | | |

*To reduce or avoid paying additional fees and interest charges on your purchase balance, pay the total new balance of $8,965.98 by 06/25/11. Any cash balance or balance transfer balance will continue to accrue daily interest until the date your payment is received.*

| 2011 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged in 2011 | $0.00 |

Continued on Next Page

*Please detach and send coupon with check payable to: U.S. Bank*



0140378400066453190000000000008965982

| Your Account Number: | 4037 8400 0664 5319 |
|---|---|
| Total New Balance: | $8,965.98 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date | Enter Amount of Payment Enclosed |
| Jun. 25, 2011 | |

To change your address or for
Cardmember Service please call:
1-800-285-8585  *Every Hour! Every Day!*

000461246 1 SP    106481102160504 S

KENDALL HOLDINGS
1553 KENDALL ST
ROSEBURG OR 97471-5323

U.S. Bank
P.O. Box 790408
St. Louis, MO 63179-0408

USB/SACC 000578

Buckley Declaration Exhibit B
Page 12 of 14

What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, please call us at the telephone number on the front of this statement, or write to us at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335.
In your letter or call, give us the following information:
▶ *Account information:* Your name and account number.
▶ *Dollar amount:* The dollar amount of the suspected error.
▶ *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. While we investigate whether or not there has been an error, the following are true:
▶ We cannot try to collect the amount in question, or report you as delinquent on that amount.
▶ The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
▶ While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
▶ We can apply any unpaid amount against your credit limit.

Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

Important Information Regarding Your Account
1. INTEREST CHARGE: Method of Computing Amount Subject to Interest: We calculate the periodic rate or interest portion of the INTEREST CHARGE by multiplying the applicable Daily Periodic Rate ("DPR") by the Average Daily Balance ("ADB") (including new transactions) of the Purchase, Advance and Balance Transfer categories subject to interest, and then adding together the resulting interest from each category. We determine the ADB separately for the Purchases, Advances and Balance Transfer categories. To get the ADB in each category, we add together the daily balances in those categories for the billing cycle and divide the result by the number of days in the billing cycle. We determine the daily balances each day by taking the beginning balance of those Account categories (including any billed but unpaid interest, fees, credit insurance and other charges), adding any new interest, fees, and charges, and subtracting any payments or credits applied against your Account balances that day. We add a Purchase, Advance or Balance Transfer to the appropriate balances for those categories on the later of the transaction date or the first day of the statement period. Billed but unpaid interest on Purchases, Advances and Balance Transfers is added to the appropriate balances for those categories each month on the statement date. Billed but unpaid Advance Transaction Fees are added to the Advance balance of your Account on the date they are charged to your Account. Any billed but unpaid fees on Purchases, credit insurance charges, and other charges are added to the Purchase balance of the Account on the date they are charged to the Account. Billed but unpaid fees on Balance Transfers are added to the Balance Transfer balance of the Account on the date they are charged to the Account. In other words, billed and unpaid interest, fees, and charges will be included in the ADB of your Account that accrues interest and will reduce the amount of credit available to you. Credit insurance charges are not included in the ADB calculation for Purchases until the first day of the billing cycle following the date the credit insurance premium is charged to the Account. Prior statement balances subject to an interest-free period that have been paid on or before the payment due date in the current billing cycle are not included in the ADB calculation.

2. Payment Information: Make checks payable to U.S. Bank National Association ND. Use the enclosed return envelope to mail your payment to: U.S. Bank National Association ND, P.O. Box 790408, St. Louis, MO 63179-0408. All payments by check or money order, in U.S. dollars and accompanied by a payment coupon will be credited to your Account on the day of receipt if received at this address by 5:00 p.m. CST on any banking day. Banking days are all calendar days except Saturday, Sunday, and federal holidays. Payments due over a Saturday, Sunday or federal holiday and received on those days will be credited on the day of receipt. Other types of mailed payments will be processed within five banking days of receipt by U.S. Bank and credited to your Account on the day of receipt.

3. Credit Reporting: We may report information on your Account to Credit Bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report.

USB/SACC 000579



 May Statement  for activity from Apr. 30, 2011 through May 31, 2011          Inquiries: 1-800-285-8585
KENDALL HOLDINGS                                                                                      Page 2 of 2

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**APR for current and future transactions.

| Balance Type | Balance By Type | Balance Subject to Interest | Variable | Interest | Annual Percentage Rate | Expires with Statement | Interest Free Period |
|---|---|---|---|---|---|---|---|
| **BALANCE TRANSFER | $0.00 | $0.00 | YES | $0.00 | 0.00% | | NO |
| **PURCHASES | $10,515.85 | $0.00 | YES | $0.00 | 0.00% | | YES |
| **ADVANCES | $0.00 | $0.00 | | $0.00 | 0.00% | | NO |

## Important Messages

Each time you or a third party on your behalf, pays your bill by personal check, you authorize us to convert that payment into an electronic debit. If the check is processed electronically, the checking account will be debited for the amount on the check and the debit will appear on your account statement.  If you have any questions, please contact us at the Inquiries phone number located on this statement.

## To contact us regarding your account  4037 8400 0664 5319

☎ **By Telephone:**
*Every Hour! Every Day!*
Voice:  1-800-285-8585
TDD:    1-888-352-6455
Fax:    1-866-568-7729

⏀ **Send Inquiries to:**
Cardmember Service
P.O. Box 6352
Fargo, ND  58125-6352

✉ **Send Payments to:**
U.S. Bank
P.O. Box 790408
St. Louis, MO  63179-0408

🖥 **By E-Mail:**
visit our website:
usbank.com

*End of Statement*

USB/SACC 000580

Buckley Declaration Exhibit B
Page 14 of 14

Page 1 of 1

Please detach and send coupon with check payable to U.S. Bank.    CPN 00025442Z

**US bank.**
Five Star Service Guaranteed ®

004833492000097646000044300002097 6522

To change your address or for Cardmember Service please call:
1-856-495-4545  *Every Hour! Every Day!*

| | |
|---|---|
| Your Account Number: | 4833 4920 0009 7646 |
| Total New Balance: | $20,976.52 |
| Minimum Payment Due: | $443.00 |

Payment Due Date / Enter Amount of Payment Enclosed ↓
Nov. 22, 2008        $ 750.00

EMERALD INVESTMENT CO
LAWRENCE J SACCATO
PO BOX 143
GLIDE OR 97443-0143

7901URQ    7TPG

U.S. Bank
P.O. Box 790408
St. Louis, MO 63179-0408

| | |
|---|---|
| Deposit Date | 11/18/2008 |
| Lockbox | 0005408 |
| Batch | 0001052 |
| Amt | $750.00 |
| Acct/Inv# | 4833492000097646 |
| Seq# | 357 |
| User1 | 483349 |
| User2 | 00 |
| Flag 1 | 48 |
| Flag 2 | |
| Flag 3 | |
| Doc Grp | 01 |
| Billed Amt | $443.00 |
| User Amt | $20,976.52 |

---

L SACCATO INVESTMENTS
1853 KENDALL ST
ROSEBURG, OR 97470-5323

6675
33-22
700

Date  11-2-08

Pay to the order of  US Bale  $ 750.00

Seven hundred fifty and 00/100  Dollars

Wells Fargo Bank, N.A.
Des Moines, IA 50304  EDR

For _____

⑆073000228⑆ 7648517434638 0⑈ 6675

| | |
|---|---|
| Deposit Date | 11/18/2008 |
| Lockbox | 0005408 |
| Batch | 0001052 |
| Amt | $750.00 |
| Acct# | 764851743463B0 |
| Chk# | 6380 |
| R/T | 073000228 |
| Seq# | 358 |
| Remitter | |
| Pymt Type | BC |
| Clr | NO |
| Chk Date | |
| Flag A | |
| Flag B | |

EXHIBIT NO. 2
L. Saccato
C & C Reporting

Buckley Declaration Exhibit C
Page 1 of 3

USB/SACC 000038

5/10/2011

May. 10. 2011  4:59PM    US BANKaber Svc

NNo. 7223  P.P. 2

**Cardmember Service**                    <span style="font-size:larger">**Cardmember Service**</span>

Requested by: Cynthia Horner

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| | |
|---|---|
| Item #29 | |
| Account No.: 4190080866700614 | Check No.: 1183    Sequence No.: 002123025579 |
| Amount: $3600.00 | Routing No.: 09100002    Date: 05/17/2005 |
| Front: | |

LAWRENCE J SACCATO                          U.S. Bank CreditLine Check          **1183**
1553 KENDALL ST
ROSEBURG OR 97470                                    Date  5-11-05          17-2/810

Pay to the order of  US Bank                                              $ 3600 00

Thirty six hundred and 00/100                                            Dollars

US bank
Five Star Service Guaranteed          www.usbank.com
                                      Retail Payment Solutions
                                      Payable Through
                                      U.S. Bank National Association ND
                                      Fargo, ND 58125

For                                                                        

⑆091000022⑆4108667006140 1183  ⑈0000360000⑈

Back:

USB/SACC 001090
6/16/2011

Buckley Declaration Exhibit C
Page 2 of 3

## Cardmember Service

# Cardmember Service

Requested by: Cynthia Horner

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #3 | | |
|---|---|---|
| Account No.: 4190080866700614 | Check No.: 9378 | Sequence No.: 002626322779 |
| Amount: $4000.00 | Routing No.: 12300022 | Date: 02/22/2006 |

**Front:**

LAWRENCE J SACCATO
1553 KENDALL ST
ROSEBURG OR 97470-5323

Convenience Check      9378

Date 2-16-06    24-22/1230

Pay to the order of  US Bank    $ 4000.00

Four thousand and 40/100    Dollars

**usbank**    www.usbank.com
Five Star Service Guaranteed
Retail Payment Solutions
Payable Through
U.S. Bank National Association ND
Fargo, ND 58125

For _____

⑈123000220⑈41208667006 14⑈9378  ⑈000040000⑈

**Back:**

091000022 02228006 1916
S/T 039 ID 71 PKT 1
ACCT 2503159154562

USB/SACC 001064
6/16/2011

Buckley Declaration Exhibit C
Page 3 of 3

## CERTIFICATE OF SERVICE

I am over the age of 18 and am not a party to the within action. I am employed in Multnomah County, State of Oregon, and my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On November 7, 2011, I served the following document(s):

**DECLARATION OF STEPHANIE BUCKLEY IN SUPPORT OF DEFENDANT U.S. BANK'S MOTION FOR SUMMARY JUDGMENT**

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address(es) indicated on the attached service list.

☒ **BY FIRST-CLASS MAIL:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE:** For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list. If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐ **BY E-MAIL:** For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list. If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☐ **BY ECF:** For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/Christopher J. Kayser
Christopher J. Kayser

Lawrence James Saccato
c/o 6387 Old Hwy 99 S
Roseburg Oregon 97470