**Christopher J. Kayser,** OSB #984244
cjkayser@larkinsvacura.com
**Joseph D. Mueller** OSB #111780
jmueller@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone:  503-222-4424
Facsimile:  503-827-7600
Attorneys for U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**LAWRENCE JAMES SACCATO,**

        Plaintiff Pro Se,   Case No. 6:10-cv-06244-AA

  v.

**DAVIS LAW FIRM**,   DEFENDANT U.S. BANK'S
        Defendant,   MOTION TO SEAL

**U.S. BANK NATIONAL ASSOCIATION**
**N.D.,**   Co-Defendant.

**DOES 1 THROUGH 10.**

    Defendant U.S. Bank National Association N.D. ("U.S. Bank") hereby moves to seal a document which defendant filed in this Court on November 7, 2011, but which defendant inadvertently failed to redact as required.  Fed. R. Civ. P. 5.2(d).  Pursuant to LR 7-1, the undersigned certifies that plaintiff agrees to this motion.

    The document at issue is the Declaration of Stephanie Buckley with attached exhibits (Dkt. 49).  Specifically, exhibits A and B to Ms. Buckley's declaration contained plaintiff's social security number and financial-account numbers without redaction.  Fed. R. Civ. P. 5.2(a).

Defendant has prepared a redacted version of the document which complies with Rule 5.2(a) and which will be filed this date. Sealing of the unredacted document is necessary to minimize exposure of the personal identifying information.

Defendant apologizes for the error. Defendant's counsel has spoken with the court clerk, who has suggested this course of action to correct the error.

Dated: November 8, 2011.

                LARKINS VACURA LLP

                /s/ Christopher J. Kayser
                Christopher J. Kayser OSB #984244
                Joseph D. Mueller, OSB #111780
                Attorneys for U.S. Bank National Association