UNITED STATES DISTRICT COURT
FOR OREGON
EUGENE DIVISION

HONORABLE JUDGE MICHAEL R. HOGAN

| | | |
|---|---|---|
| Lawrence James Saccato | § | |
| Plaintiff ProSe' | § | |
| | § | Case No:10-CV-06244-HO |
| Vs. | § | |
| | § | MOTION FOR SUMMARY |
| | § | JUDGMENT IN FAVOR OF |
| U.S. Bank National Association N.D. | § | PLAINTIFF |
| | § | |
| Co-Defendant | § | |
| | § | |

## PLAINTIFFS MOTION FOR SUMMARY JUDGMENT

### LR 7.1-1 Certification

The undersigned Plaintiff Lawrence James Saccato pro se, has made a good faith effort and conferred with Defendants Counsel, Chris Kayser by telephone and e-mail concerning this motion. The parties have not been able to resolve this dispute.

### INTRODUCTION

(1)

The Plaintiff wishes to point out to the Court that he is **NOT** an individual schooled in the law, but as one of the people exercising her rights under law for the proper action of the Court in the pursuance of justice.

Page -1-

(2)

Plaintiff asks the court look to the **substance** of Plaintiff's pleadings **rather than** the form and asks the court to take **judicial notice** pursuant to FIRST CONGRESS Sess., I CH. 20 Section 32 of the Judiciary Act of 1789 (1 Stat. 73) which specifies that *"courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, **without regarding any imperfections, defects, or want of form**."* and Haines v. Kerner (404 U.S. 519), wherein the courts directed that those who are unschooled in law making complaints/pleadings shall have the court look to the substance of the complaint/pleadings rather than the form.

(3)

Plaintiff respectfully moves this Court for an order granting summary judgment in favor of the Plaintiff, pursuant to FRCP Rule 56, on the grounds that Defendant violated the FCRA US Bank willfully and negligently violated the provisions of the FCRA by willfully and/or negligently failing to comport with FCRA section 1681s-2(b); **15 U.S.C. § 1681n. Civil liability for willful noncompliance** the **Fair Credit Reporting Act, 616**. Defendant,   US Bank also violated the **Fair Credit Reporting Act, 617. Civil liability for negligent noncompliance [15 U.S.C. § 1681o]**  Plaintiff's creditworthiness has been repeatedly compromised by the acts and omissions of the defendants. Defendant, US Bank reported inaccurate balances as well as inaccurate information into the Plaintiff's credit reports. As a result Plaintiff has a negative credit score to this date and has been denied credit at reasonable rates because of the **willful noncompliance** actions **erroneous and inaccurate** reporting and inaction's of the Defendant, US Bank.

(4)

The Plaintiff also on or about June 15, 2009 and April 15, 2010 disputed the trade line being reported by Defendant U.S. Bank with the three National Credit Reporting Agencies, Transunion, Experian and Equifax. Plaintiff also contacted Defendant, U.S. Bank on June 22, 2009 and April 26, 2010 with a letter(s) of dispute to information they were reporting to the Credit Reporting agencies. The reporting agencies contacted the Defendant U.S. Bank .Document 49 Filed Page 2 of 24 Page ID#: 197 Para (5)

(5)

The investigation among other duties required the Credit providers to communicate with the reporting agencies and mark the account in dispute during the investigation. U.S. Bank uses the E-Oscar reporting system as admitted in Mrs. Buckley's Declaration, Document 49 Filed Page 2 of 24 Page ID#: 197 Para (4). (The complete document is under protective order and can be provided to the Court upon request under separate cover). The E-Oscar Procedures for Researching Credit Bureau Disputes, stated in (5) **Within 30 days of receipt of a written dispute, regardless if there will be an update completed or the dispute is rejected, a letter is mailed or faxed to the customer explaining the outcome of the research**. The Defendant has not produced a copy of such letter and has also testified during her deposition on November 2, 2011 that after careful review of the ONMN Account Notes (exhibit USB/SACC 000020-24) that a letter had not been sent out as required. (Mrs Buckley's deposition transcripts have not been delivered but can be provided to the Court if needed). The ONMN Notes do not even make note of any investigation being conducted at all! (Also verified by Mrs. Buckley during her Deposition)

(6)

In Mrs Buckley's declaration, she also stated "When a dispute, like Mr. Saccato's, is received from one of the credit bureaus, the bank immediately investigates",  Document 49 Filed Page 2 of 24 Page ID#: 197 Para (4), yet there is no evidence in any record provided by US Bank of any investigation being completed by US bank for any of the disputes. Plaintiff has asked again and again for a copy of any evidence of US bank doing an investigation or a re-investigation.

(7)

In Mrs. Buckley's declaration Document 49 Filed  Page 2 of 24 Page ID#: 197 Para (8) she states ". In addition, after this case was filed, I conducted an additional investigation which further confirms that the accounts are in fact Mr. Saccato's and that his contrary claims are completely without merit". U.S.  Bank, Mrs. Buckley again have not produced any documents evidencing any investigation either the required ones nor the extracurricular investigation Mrs. Buckley claims she completed.  Mr. Kayser has repeatedly stated that they have produced all documents he believes are relevant to the case.

(8)

The FCRA requires that the Credit Providers insure that information will be accurately reported and US Bank also failed in this respect as evidenced in exhibit ( Exhibit LJS 00032) Experian was reporting a balance of $36,350 as of Sep 2009 , US Bank provided a statement for activity from Oct 2009 thru Nov. 2009 with a balance of $32,681.21 .  It also stated a charge off amount of $32,681.21 with payments and credits of $37, 193.41 ( Exhibit LJS 033) .  Then on  April 19, 2010, Experian was reporting a balance as of Jan 2010 of $38,329, Status Transferred Closed written off. (Exhibit LJS 034) In addition the trade line was still not marked as in dispute as required under the FCRA.

(9)

Again the Defendant, U.S. Bank reported erroneous and inaccurate information as evidenced by the Affidavit of Claim and Certification of Amount Due executed by Cynthia Duda, employed by US Bank as a Recovery Manager whereby she certifies under oath that the $38, 275.94 which also severely conflicts with the amount being reported in the Experian October 24th 2009 amount of $36,350 (Exhibit LJS 035) Again the amounts being reported are erroneous and inaccurate which is a direct violation of the FCRA.

(10)

And yet again we turn to the Equifax Report showing the trade line being reported on 03/2010 as Transferred/Sold status with an high credit amount $37, 193 and a last payment date of 01/10. This amount again conflicts with the other erroneous and inaccurate amounts exhibited and attached hereto. (Exhibit LJS 028)

(11)

In addition to all of the above evident violations none of the Credit Reports indicate or are marked in dispute as required under the FCRA.

(12)

A single violation is sufficient to support judgment for the consumer. Cacace v.Lucas, 775 F.Supp. 502, 505 (D.Conn. 1990); Supan v. Medical Bureau of Economics, Inc., 785 F.Supp. 304, 305 (D.Conn. 1991).

Plaintiff is also entitled to summary judgment as a matter of law.

(13)

This motion is based on this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, the Declaration of Lawrence James Saccato, the attached Separate Statement of Undisputed Material Facts, and on such other evidence as may be presented at the hearing of this motion.

Respectfully submitted this 8th day of November, 2011.

*LAWRENCE SACCATO*

Lawrence James Saccato pro se'
C/o 6387 Old Hwy 99 S
Roseburg Oregon 97470
541-784-2284 mess.
ljsaccato@gmail.com

# AFFIDAVIT OF NOTARY PRESENTMENT

State of OREGON          )
                         ) ss.
County of DOUGLAS        )

## CERTIFICATION OF MAILING

On this 15th day of June, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Lawrence James Saccato appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. It was sent by United States Post Office First Class Mail postage prepaid to Transunion Consumer Solutions, P.O. Box 2000, Chester, PA 19022-2000.

Number of Pages

**Letter of Dispute**                                                **1**

Valynn Currie, Notary Public
P.O. Box 3097
Winston, Oregon 97496

WITNESS my hand and official seal.

_____        _6/15/69_        (Seal)
NOTARY PUBLIC                   DATE

My commission expires: __March 21__, 20 _12_

OFFICIAL SEAL
**VALYNN CURRIE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 425005
MY COMMISSION EXPIRES MARCH 21, 2012

LJS 00001

# AFFIDAVIT OF NOTARY PRESENTMENT

State of OREGON           )
                          ) ss.
County of DOUGLAS         )

## CERTIFICATION OF MAILING

On this 15th day of June, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Lawrence James Saccato appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. It was sent by United States Post Office First Class Mail postage prepaid to Experian, P.O. Box 9701, Allen Texas 75013.

<u>Number of Pages</u>

**Letter of Dispute**                                    **1**

Valynn Currie, Notary Public
P.O. Box 3097
Winston, Oregon 97496

WITNESS my hand and official seal.

_____          _6/15/09_          (Seal)
NOTARY PUBLIC                     DATE

My commission expires: _March 21_, 20 _12_

OFFICIAL SEAL
**VALYNN CURRIE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 425005
MY COMMISSION EXPIRES MARCH 21, 2012

LSS 00003



USPS - Track & Confirm                                                                http

**UNITED STATES POSTAL SERVICE**

## Track & Confirm

### Search Results

Label/Receipt Number: 7007 2680 0002 5525 7286
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:56 AM on April 19, 2010 in CRUM LYNNE, PA 19022.

Detailed Results:

• **Delivered, April 19, 2010, 10:56 am, CRUM LYNNE, PA 19022**
• **Arrival at Unit, April 19, 2010, 9:58 am, CHESTER, PA 19013**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go >*

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $  88 |
| Certified Fee | 280 |
| Return Receipt Fee (Endorsement Required) | 150 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  534 |

Postmark Here

Sent To   *TRANSUNION*
Street, Apt. No.; or PO Box No.  *P.O. Box 2000*
City, State, ZIP+4  *Chester PA 19022*

PS Form 3800, August 2006        See Reverse for Instructions

*Go >*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Transunion
   P.O. Box 2000
   Chester , PA 19022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )   TransUnion LLC   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7007 2680 0002 5525 7286

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*LJS 00011*

USPS - Track & Confirm

## UNITED STATES POSTAL SERVICE ®

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0002 5525 7262**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 12:02 PM on April 19, 2010 in ALLEN, TX 75013.

Detailed Results:

* **Delivered, April 19, 2010, 12:02 pm, ALLEN, TX 75013**
* **Arrival at Unit, April 19, 2010, 11:48 am, ALLEN, TX 75002**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Experian*
Street, Apt. No.; or PO Box No. *P O Box 9701*
City, State, ZIP+4 *Allen TX 75013*

PS Form 3800, August 2006    See Reverse for Instructions

7007 2680 0002 5525 7262

---

**SENDER: COMPLETE THIS SECTION**

* Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
* Print your name and address on the reverse so that we can return the card to you.
* Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
P.O. Box 9701
Allen, Texas 75013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    EXPERIAN    □ Agent
701 EXPERIAN PARKWAY □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 2 0 2010

D. Is delivery address different from item 1?   □ Yes
If YES, enter delivery address below:   □ No

3. Service Type
☒ Certified Mail    □ Express Mail
□ Registered    □ Return Receipt for Merchandise
□ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number (Transfer from service label)    7007 2680 0002 5525 7262

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-

LJS 00013

USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE®**

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0002 5525 8009**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
**Return Receipt**
Status: **Delivered**

Your item was delivered at 5:23 AM on April 30, 2010 in SAINT LOUIS, MO 63166.

Detailed Results:

- **Delivered, April 30, 2010, 5:23 am, SAINT LOUIS, MO 63166**
- **Arrival at Unit, April 29, 2010, 11:12 am, SAINT LOUIS, MO 63166**
- **Acceptance, April 26, 2010, 11:55 am, WINSTON OR 97496**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  *Go >*

| Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway |
|---|---|---|---|---|---|---|---|

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.54 |

Postmark APR 26 2010 WINSTON OR USPS 97496

Sent To US Bawk
Street, Apt. No.; or PO Box No. PO Box 108
City, State, ZIP+4 St Louis MO 63166

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Bawk
PO Box 108
Saint Louis MO
63166

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 30 2010

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    **7007 2680 0002 5525 8009**

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

WSS 00015

4/30/2010 09:12 AM



**November Statement** for activity from Oct. 23, 2009 through Nov. 30, 2009    **Inquiries: 1-888-852-5786**
LAWRENCE J SACCATO    BNK    35    Page 1 of 1

## Your U.S. Bank CreditLine account at a glance    Account: 4190 0808 6670 0614

11-09

### Activity Summary

| | |
|---|---|
| Previous Balance | $33,763.74 |
| Payments and Credits | $37,193.41 |
| Purchases, Advances & Other Debits | $0.00 |
| FINANCE CHARGES | $0.00 |
| New Balance | $32,681.21 |

### Credit and Payment Information

| | |
|---|---|
| Credit Line | None |
| Available Credit | None |
| Minimum Payment Due (Current Month) | $0.00 |
| Minimum Payment Due (Past Due) | $0.00 |
| Total New Minimum Payment Due | $0.00 |
| Payment Due Date | Dec. 27, 2009 |

*To avoid late charges, your payment must be posted by the due date of 12/27/09. Paying the new balance will not pay off your account. If you wish to pay your account in full, please call Customer Service for the payoff amount.*

| Transactions | Post Date | Trans. Date | Ref. Nbr | Description of Transaction | Amount |
|---|---|---|---|---|---|
| **Payments** | 11/30 | | | REVERSAL OF LATE PAYMENT FEE | 146.00 CR |
| **and Credits** | 11/30 | | | REVERSAL OF OTHER FEES AT CHARGE OFF | 113.00 CR |
| | 11/30 | | | INTEREST | 4,253.20 CR |
| | | | | CREDIT ADJUSTMENT | |
| | 11/30 | | | CHARGE OFF | 32,681.21 CR |

| Rate Summary Balance Type | Balance By Type | Avg. Daily Balance | Daily Periodic Rate | Rate Type | Interest | Corresp. APR | *APR This Period | Grace Period |
|---|---|---|---|---|---|---|---|---|
| BALANCE TRANSFER | $0.00 | $0.00 | 0.074630% | VARIABLE | $0.00 | 27.24% | 0.00% | N |
| PURCHASES | $274.77 | $274.77 | 0.074630% | VARIABLE | $7.99 | 27.24% | 27.24% | N |
| ADVANCES | $36,918.64 | $36,918.64 | 0.074630% | VARIABLE | $1,074.54 | 27.24% | 27.24% | N |

## Important Messages

Each time you or a third party on your behalf, pays your bill by personal check, you authorize us to convert that payment into an electronic debit. If the check is processed electronically, the checking account will be debited for the amount on the check and the debit will appear on your account statement. If you have any questions, please contact us at the Inquiries phone number located on this statement.

*End of Statement*

*Please detach and send coupon with check payable to: U.S. Bank*

1141900808667006140000000000032681215



**usbank.**

To change your address or for
*Customer Service please call:*
1-888-852-5786  *Every Hour! Every Day!*

000014988 1 SP      106481409357089 S

LAWRENCE J SACCATO
PO BOX 143
GLIDE OR 97443-0143

| Your Account Number: | 4190 0808 6670 0614 |
|---|---|
| Total New Balance: | $32,681.21 |
| **Minimum Payment Due:** | $0.00 |
| Payment Due Date | Enter Amount of Payment Enclosed |
| Dec. 27, 2009 | |

**U.S. Bank**
P.O. Box 790408
St. Louis, MO  63179-0408

LSS 033



**Prepared for**
LAWRENCE JAMES SACCATO
**Report number**
2406-8623-11

**Report date**
April 19, 2010
www.experian.com/disputes     **Page 6 of 34**
PO BOX 9701, Allen, TX 75013

**Potentially negative items or items for further review continued**

---

**US BANK** *(continued)*

*See History of account balances for additional information.*

Creditor's statement: *"Account transferred to another lender."*
Address identification number: 199376960

---

**US BANK**
PO BOX 108
SAINT LOUIS MO 63166
(866) 234-4750
**Partial account number**
419004033609....

*See History of account balances for additional information.*

| Date opened | Date of status |
|---|---|
| Nov 1998 | Oct 2009 |
| *Reported since* | *Last reported* |
| Dec 2000 | Oct 2009 |

*Type*
Revolving
*Terms*
NA
*Monthly payment*
NA

*Responsibility*
Individual

*Credit limit or original amount*
$9,800
*High balance*
$11,735

*Recent balance*
NA

Status: Transferred,closed. $11,735 written off.
Account history:
Charge Off as of Sep 2009
150 days past due as of Jul 2009
120 days past due as of Jun 2009
90 days past due as of May 2009
60 days past due as of Apr 2009
30 days past due as of Mar 2009
Creditor's statement: *"Account transferred to another lender."*
Address identification number: 199376960

---

**US BANK**
PO BOX 108
SAINT LOUIS MO 63166
(866) 234-4750
**Partial account number**
419008086670....

*See History of account balances for additional information.*

| Date opened | Date of status |
|---|---|
| Sep 1992 | Jan 2010 |
| *Reported since* | *Last reported* |
| Apr 1994 | Jan 2010 |

*Type*
Revolving
*Terms*
NA
*Monthly payment*
NA

*Responsibility*
Individual

*Credit limit or original amount*
$34,000
*High balance*
$38,329

*Recent balance*
NA

Status: Transferred,closed. $38,329 written off.
Account history:
Charge Off as of Dec 2009
150 days past due as of Oct 2009
120 days past due as of Sep 2009
90 days past due as of Aug 2009
60 days past due as of Jul 2009
30 days past due as of Jun 2009
Creditor's statement: *"Account transferred to another lender."*
Address identification number: 199376960





**AFFIDAVIT OF CLAIM**
**AND CERTIFICATION OF AMOUNT DUE**

STATE OF MISSOURI          )
                           )
COUNTY OF ST. LOUIS        )

**SACCATO, LAWRENCE J**
**4190080866700614**

The undersigned, Cynthia Duda, being duly sworn, states and deposes as follows:

1. That Affiant is employed by U.S. Bank National Association, a national banking association in the position of Recovery Manager, and is duly authorized to make the statements and representations herein.

2. That one of Affiant's responsibilities is to serve as keeper of the books and records of U.S. Bank National Association  ND, which are kept under the U.S. Bank National Association  ND's control.

3. That the original application in this matter has been destroyed, or is no longer accessible to Affiant. If any originals are discovered, they will be submitted to the court for review.

4. That the statements made in this affidavit are based on the computerized and hard copy books and records of U.S. Bank National Association ND, which are maintained in the ordinary course of business, with the entries in them having been made at or near the time of the transaction recorded.

5. That by Bill of Sale dated _12/10/2009_, the subject account, among others, was sold to _CACH, LLC_ .

6. That as a result of the sale of the subject account, _CACH, LLC_ and/or its authorized agent, has complete ownership and authority to settle, adjust, compromise, and satisfy the above-referenced account and that U.S. Bank National Association  ND has no further ownership interest in this account for any purpose.

7. That the subject account was opened on _9/1/1992_  by _SACCATO, LAWRENCE J_, whose social security number is [redacted].

8. That at the time when U.S. Bank National Association ND sold the subject account _CACH, LLC_, the end balance showing on the books and records of U.S. Bank National Association  ND was $_38,275.94_ including legally chargeable interest, with the last payment date showing as _10/19/2009_ .

9. That the books and records of U.S. Bank National Association ND further show that there are no uncredited payments, just counterclaims or offsets attributable to the subject account such that the amount shown as due and owing is just, true and correct.

FURTHER AFFIANT SAYETH NOT.

U.S. Bank National Association  ND's

By: _Cynthia Duda_

Title: _Recovery Manager_

Subscribed and sworn to before me this _18_ day of _March_ , 2010,

by Cynthia Duda as Recovery Manager of U.S. Bank National Association ND's.
My commission expires:
Notary Seal

Notary

ANGELA M. SWALLOW
Notary Public-Notary Seal
State of Missouri, St Louis County
Commission # 08616379
My Commission Expires Aug 10, 2012

Public

LJS035

Case 6:10-cv-06244-HO   Document 63   Filed 11/09/11   Page 15 of 26   Page ID#: 313

```
0091 4190080866700614
LAWRENCE J SACCATO              BAD DEBT              CD
                               VISA-G                              CL
                               PROD# 3315 ALM 04/01/09
PO BOX 143
GLIDE OR                       LOCATN  08932 MEMBER              SINCE 09/92
97443-0143
                541-637-5067   OPENED 05/05
                PREV PROD 3352                        CIT
CARD   ACTIVE   05/18/2005     CLOSED 08/09
SRC 08571
              UNKNOWN    INC   UNKNOWN    DEPS   0  AGE UNKNOWN   UNKNOWN
#CRD  0 FEE     WAIVED 0   STMT X   C-DESIGN DEFLT    ESO N    DUN    FILMED NO
PIN  EA TYP IC OVRDFT 0  CASH Y  BANK# 0910-00022  MON REJ    DC  N
PART%    0.00  CUR   37193.41  HI CR    37193 LST ACT 11/30/09  CR SCR1   000
AVL CR   1319  RIP      0.00  CUR ARR     0 EXP DTE 09/19   CR SCR2   000
  CR LIMIT      TOT   37193.41  MTH ARR     0 LST REV 00/00   TME COL  -002
CURR    34000  CAB   36918.64
PREV       0   DT  00/00/0000            DATE OF LAST
ORIG       0                      COLL    12/31/09   NO AND AMT OF
DELINQ  30 60 90 12 15  MTHS ACT TOP PUR  PAYMT  10/19/09  PAYMT  0      0.00
OPEN     1  1  1  1  1        65   5  47  PURCH  05/11/09  RETRN  0      0.00
ISSUE    1  1  1  1  1        65   5   0  TRANS  11/30/09  CR ADJ 0      0.00
PAGE 1 OF 3 ACCT  4190 0808 6670 0614    NONMON 11/06/09  DR ADJ 0      0.00
```

ONMN Notes

USB/SACC 000020

Page: 1 Document Name: untitled

```
ONMN 4190080866700614     U.S. BANK NATIONAL ASSOCIATION ND          10/26/10
                          CARDHOLDER NON MONETARY HISTORY INQUIRY      11:06 AM

TRAN
CODE/    DATE     OPERATOR            DESCRIPTION/              PAGE   1 of   6
OLD DATA                             NEW DATA
---  ----------  --------            ----------------------------------------
USR  04/21/2010  CG493000            USER ENTERED MEMO
RECLAMATION PRODUCT CHANGE   CURRENT  CHANGED FROM  05881  TO  03315
USR  04/08/2010  CG493000            USER ENTERED MEMO
RECLAMATION PRODUCT CHANGE   PREVIOUS CHANGED FROM  03358  TO  03352
INT  12/01/2009  F4680AL             ALM FOR INTEREST RATE TYPE

PN1  11/23/2009  CG392216            5 DAY LATE PAYMENT

C79  11/20/2009  F4680TR             STATEMENT CYCLE CHANGE
014                                  035
S92  11/06/2009  SAGITTE             FORCE AND STAY IN COLLECTIONS

080  11/06/2009  SAGITTE             CHANGE AUXILIARY STATUS (EFTS)
W2                                   W2CD

7=PAGE UP  8=PAGE DOWN  9=0091  10=0TXT
===> ____ PF __ FIRST PAGE DISPLAYED                 T34L     CGPOONMN
```

USB/SACC 000021

Page: 1 Document Name: untitled

```
0NMN 4190080866700614     U.S. BANK NATIONAL ASSOCIATION ND        10/26/10
                          CARDHOLDER NON MONETARY HISTORY INQUIRY    11:06 AM

TRAN
CODE/    DATE     OPERATOR          DESCRIPTION/              PAGE   2 of  6
OLD DATA                            NEW DATA
---   ----------  --------          ----------------------------------------
020   10/23/2009  DMB1805           CHANGE GENERAL INFORMATION

020   10/17/2009  LMHONER           CHANGE GENERAL INFORMATION

PN2   10/06/2009  CG392216          15 DAY LATE PAYMENT

PN1   09/28/2009  CG392216          5 DAY LATE PAYMENT

080   09/24/2009  JXROLAN           CHANGE AUXILIARY STATUS (EFTS)
                                    W2
065   08/26/2009                    STATUS PERMANENT RESTRAINT
3                                   5
PN1   08/24/2009  CG392216          5 DAY LATE PAYMENT


7=PAGE UP  8=PAGE DOWN  9=0091  10=0TXT
===>  ____  PF __  TRANSACTION CONTINUES              T34L    CGPOONMN
```

USB/SACC 000022

Page: 1 Document Name: untitled

```
0NMN 4190080866700614      U.S. BANK NATIONAL ASSOCIATION ND        10/26/10
                          CARDHOLDER NON MONETARY HISTORY INQUIRY   11:06 AM

TRAN
CODE/    DATE    OPERATOR              DESCRIPTION/          PAGE   3 of   6
OLD DATA                              NEW DATA
---   ----------  --------            ----------------------------------------
PN2  08/03/2009  CG392216             15 DAY LATE PAYMENT

PN1  07/23/2009  CG392216             5 DAY LATE PAYMENT

CHK  07/02/2009  CG396105             CONVENIENCE CHECK
RTN CHK # 009375 FOR       $786.00 W/F
407  06/24/2009  CICSPROD             NEGATIVE FILE TRANSACTION
                                       TYPE=ADD, PURGE=09/19, RSN=DO NOT HONOR
INT  06/23/2009  F4680AL              ALM FOR INTEREST RATE TYPE

PN2  06/02/2009  CG392216             15 DAY LATE PAYMENT

PN1  05/26/2009  CG392216             5 DAY LATE PAYMENT


7=PAGE UP  8=PAGE DOWN  9=0091  10=0TXT
===> ____ PF __ TRANSACTION CONTINUES            T34L    CGPO0NMN
```

USB/SACC 000023

Case 6:10-cv-06244-HO  Document 63  Filed 11/09/11  Page 19 of 26  Page ID#: 317

Page: 1 Document Name: untitled

```
TRAN
CODE/     DATE    OPERATOR          DESCRIPTION/                   PAGE   4 of   6
OLD DATA                            NEW DATA
---  ----------  --------           ----------------------------------------
IVR  04/16/2009  V491694            CUSTOMER CONTACTED THE IVR
                                      INCOMP
R93  04/01/2009  CGREPRIC           REPRICING PRODUCT CHANGE - APPLIED
3358                                  5881
TXT  02/15/2009  CG33U190           FREE FORMAT TEXT
EXPRESS CONSENT CODE CHANGED          OLD:  NEW:CU
080  02/02/2009  CG442900           CHANGE AUXILIARY STATUS (EFTS)
RE
080  01/30/2009  CG442900       .   CHANGE AUXILIARY STATUS (EFTS)
                                      RE
P93  01/30/2009  CG39RP20           REPRICING PRODUCT CHANGE - PENDING
3358,04/01/2009,UP,Y                  5881,D
TXT  01/30/2009  CG39RP20           FREE FORMAT TEXT
                                      AUTOMATIC RE-PRICE CAMPAIGN

7=PAGE UP  8=PAGE DOWN  9=0091  10=0TXT
===>  ____ PF __ TRANSACTION CONTINUES              T34L    CGPOONMN
```

USB/SACC 000024

# AFFIDAVIT OF NOTARY PRESENTMENT

State of OREGON                )
                               ) ss.
County of DOUGLAS              )

# CERTIFICATION OF MAILING

On this 26th day of April, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Lawrence Saccato appeared before me with the following document(s) listed below. I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number #70072680000255258009 to US Bank P.O. Box 108 Saint Louis MO 63166.

Number of Pages

**Dispute Letter**                                                      **1**

Valynn Currie, Notary Public
P.O. Box 3097
Winston, Oregon 97496

WITNESS my hand and official seal.

_____   4/26/10      (Seal)
NOTARY PUBLIC              DATE

My commission expires: ___3/21_____, 20 12

LJS 00016

**UNITED STATES POSTAL SERVICE**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2680 0002 5525 7262**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 12:02 PM on April 19, 2010 in ALLEN, TX 75013.

Detailed Results:

- **Delivered, April 19, 2010, 12:02 pm, ALLEN, TX 75013**
- **Arrival at Unit, April 19, 2010, 11:48 am, ALLEN, TX 75002**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

---

U.S. Postal Service

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | |
|---|---|
| Postage | $ 44 |
| Certified Fee | 18 |
| Return Receipt Fee (Endorsement Required) | 250 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here

Sent To *Experian*
Street, Apt. No.; or PO Box No. *P O Box 9701*
City, State, ZIP+4 *Allen, TX 75013*

PS Form 3800, August 2006    See Reverse for Instructions

7007 2680 0002 5525 7262

---

---

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X  EXPERIAN  □ Agent <br> 701 EXPERIAN PARKWAY  □ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery <br> APR 2 0 2010 |
| 1. Article Addressed to: <br><br> Experian <br> P.O. Box 9701 <br> Allen, Texas 75013 | D. Is delivery address different from item 1?  □ Yes <br> If YES, enter delivery address below:  □ No |
| | 3. Service Type <br> ☒ Certified Mail   □ Express Mail <br> □ Registered   □ Return Receipt for Merchandise <br> □ Insured Mail   □ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0002 5525 7262 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

KJS 00022

1 of 1    4/20/2010 10:15 AM

**UNITED STATES POSTAL SERVICE**®

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0002 5525 7286**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:56 AM on April 19, 2010 in CRUM LYNNE, PA 19022.

Detailed Results:

- **Delivered, April 19, 2010, 10:56 am, CRUM LYNNE, PA 19022**
- **Arrival at Unit, April 19, 2010, 9:58 am, CHESTER, PA 19013**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 88 |
| Certified Fee | 280 | |
| Return Receipt Fee (Endorsement Required) | 50 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 554 |

Sent To
*TRANSUNION*
Street, Apt. No.;
or PO Box No. *P.O. Box 2000*
City, State, ZIP+4 *Chester PA 19022*

PS Form 3800, August 2006    See Reverse for Instructions

*Go >*

7007 2680 0002 5525 7286

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Transunion
    P.O. Box 2000
    Chester , PA 19022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by (Printed Name) TransUnion LLC    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 2680 0002 5525 7286

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*LSS 00024*

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

## OFFICIAL USE

| | |
|---|---|
| Postage | $ 44 |
| Certified Fee | 280 |
| Return Receipt Fee (Endorsement Required) | 230 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 754 |

Postmark Here

Sent To *Equifax*
Street, Apt No.; or PO Box No. *P O Box 74 0241*
City, State, ZIP+4 *Atlanta GA 30374*

PS Form 3800, August 2006          See Reverse for Instructions

**UNITED STATES POSTAL SERVICE**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2680 0002 5525 7279**
Service(s): **Certified Mail ™**
Status: **Delivered**

Your item was delivered at 10:57 AM on April 20, 2010 in ATLANTA, GA 30348.

*Go >*

Detailed Results:

* **Delivered, April 20, 2010, 10:57 am, ATLANTA, GA 30348**
* **Arrival at Unit, April 20, 2010, 9:14 am, ATLANTA, GA 30304**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go >*

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax
P.O. Box 740241
Atlanta, GA 30374

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Jerry Roy*          ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
APR 2 0 2010

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 2680 0002 5525 7279

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

LJ SC0026

Account/Zero Balance;

### US Bank    PO Box 108 C B Disputes Saint Louis MO 63166-0108 : (866) 234-4750

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 483349200009* | | 07/2000 | | | | | | | 9 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2010 | $28,211 | | 10/2009 | | | 01/2009 | | 07/2009 | $25,746 | | | | |

Current Status - Charge Off; Type of Account - Revolving; Type of Loan - Business Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Charged Off Account;

**Account History with Status Codes**

| 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 |
|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L |

### US Bank    PO Box 108 C B Disputes Saint Louis MO 63166-0108 : (866) 234-4750

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 419008086670* | | 09/1992 | $37,193 | $34,000 | | | | | 99 | Transfer/Sold | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2010 | $0 | | 01/2010 | | | 06/2009 | | | | | | | |

Current Status - Over 120 Days Past Due; Type of Account - Revolving; Type of Loan - Line Of Credit; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Transferred or Sold; Line of Credit;

**Account History with Status Codes**

| 12/2009 | 10/2009 |
|---|---|
| L | 5 |

( Continued On Next Page )

0104005738IHD-000813450- 441  - 446

**:::Experian™**
A world of insight

**Prepared for**
LAWRENCE JAMES SACCATO
**Report number**
3868701296

**Report date**
October 24, 2009
www.experian.com/disputes    **Page 9 of 34**
PO BOX 9701, Allen, TX 75013

## Potentially negative items or items for further review continued

| **US BANK** | *Date opened* | *Date of status* | *Type* | *Responsibility* | *Credit limit or original amount* | *Recent balance* | Status: Open. $4,408 past due as of |
|---|---|---|---|---|---|---|---|
| PO BOX 108 | Sep 1992 | Sep 2009 | Revolving | Individual | $34,000 | $36,350 as | Sep 2009. |
| SAINT LOUIS MO 63166 | *Reported since* | *Last reported* | *Terms* | | *High balance* | of Sep 2009 | Account history: |
| (800) 481-9057 | Apr 1994 | Sep 2009 | NA | | $36,660 | | 120 days past due as of Sep 2009 |
| **Partial account number** | | | *Monthly payment* | | | | 90 days past due as of Aug 2009 |
| 419008086670.... | | | $1138 | | | | 60 days past due as of Jul 2009 |
| *See History of account balances for additional information.* | | | | | | | 30 days past due as of Jun 2009 |
| | | | | | | | As of Mar 2016, this account is scheduled to go to a positive status. |
| | | | | | | | Address identification number: 199376960 |

## Accounts in good standing

LTS  00032

# CERTIFICATE OF SERVICE

I hereby certify that a copies of the forgoing Plaintiff's MOTION FOR SUMMARY
JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES, PLAINTIFFF'S
STATEMENT OF UNDISPUTED MATERIAL FACTS, and DECLARATION OF
LAWRENCE JAMES SACCATO with Supporting Exhibits for Case # 10-06244-HO, was sent
by First Class Mail with postage prepaid through the United States Post Office to:

Clerk of the Court
Wayne L. Morse
United States Courthouse
405 East Eighth Avenue
Eugene, Oregon 97401


Chris Kayser for
U.S. Bank National Association N.D.
621 SW Morrison St. Suite 1450
Portland, Oregon 97205


They were deposited in the United States Post Office in Roseburg, Oregon on November 8, 2011.


*LAWRENCE SACCATO*

Lawrence James Saccato, Plaintiff
c/o 6387 Old Highway 99 S
Roseburg, Oregon 97471
541-784-2284 mess.
ljsaccato@gmail.com