UNITED STATES DISTRICT COURT
FOR OREGON
EUGENE DIVISION

HONORABLE JUDGE MICHAEL R. HOGAN

| | | |
|---|---|---|
| Lawrence James Saccato<br>Plaintiff ProSe' | § § § | Case No:10-CV-06244-HO |
| Vs. | § § | |
| | § § | DECLARATION OF LAWRENCE<br>JAMES SACCATO, |
| U.S. Bank National Association N.D. | § § | PLAINTIFF, Pro se |
| Co-Defendant | § § § | |

**DECLARATION OF LAWRENCE JAMES SACCATO
SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

I, Lawrence James Saccato, DECLARE:

1. I am the Plaintiff in the above-entitled case.

2. This declaration is made in support of my motion for summary judgment.

3. I am including true copies of the documents received during discovery and other appropriate means and have redacted information unrelated to this case or under protective order.

4. I used information from the deposition of Mrs. Stephanie Buckley on November 2, 2011 and information from that deposition as well as her declaration already entered into the record for the information provided in the Motion for Summary Judgment.

5. I can produce transcripts of Mrs. Buckley's deposition as soon as they become available if the Court chooses to inspect them.

6. I relied upon information provided by US Bank in its Interrogatories, Admissions and Production of Documents for exhibits attached as part of this motion for summary judgment..

7. The foregoing is within my personal knowledge, and if called as a witness, I could competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of November, 2011 at Roseburg, Oregon.

*LAWRENCE SACCATO*

Lawrence James Saccato pro se'
C/o 6387 Old Hwy 99 S
Roseburg Oregon 97470
541-784-2284 mess.
ljsaccato@gmail.com