UNITED STATES DISTRICT COURT
FOR OREGON
EUGENE DIVISION

HONORABLE JUDGE MICHAEL R. HOGAN

| | |
|---|---|
| Lawrence James Saccato<br>Plaintiff ProSe'<br><br>Vs.<br><br>U.S. Bank National Association N.D.<br><br>Co-Defendant | § <br>§ <br>§  Case No:10-CV-06244-HO<br>§ <br>§ DECLARATION OF LAWRENCE<br>§ JAMES SACCATO,<br>§ PLAINTIFF, Pro se<br>§ <br>§ <br>§ |

### DECLARATION OF LAWRENCE JAMES SACCATO
### SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Lawrence James Saccato, DECLARE:

1. I am the Plaintiff in the above-entitled case.

2. This declaration is made in support of my motion in opposition to Defendants Motion for summary judgment.

3. I used information from the deposition and declaration of Mrs. Stephanie Buckley dated September 20, 2011 and September 30, 2011 respectively and can be produced if the Court wishes to inspect them.

5.  The foregoing is within my personal knowledge, and if called as a witness, I could competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of November, 2011 at Roseburg, Oregon.

*Lawrence Saccato*

Lawrence James Saccato pro se'
C/o 6387 Old Hwy 99 S
Roseburg Oregon 97470
541-784-2284 mess.
ljsaccato@gmail.com