**Christopher J. Kayser,** OSB #984244
cjkayser@larkinsvacura.com
**Joseph D. Mueller** OSB #111780
jmueller@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone: 503-222-4424
Facsimile: 503-827-7600
Attorneys for U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**LAWRENCE JAMES SACCATO,**

               Plaintiff Pro Se,               Case No. 6:10-cv-06244-HO

    v.

**DAVIS LAW FIRM**,                DECLARATION OF CHRISTOPHER J.
                                 KAYSER IN SUPPORT OF
               Defendant,     DEFENDANT U.S. BANK'S OPPOSITION
                           TO PLAINTIFF'S MOTIONS FOR
**U.S. BANK NATIONAL ASSOCIATION**       SUMMARY JUDGMENT
**N.D.,**          Co-Defendant.

**DOES 1 THROUGH 10.**

     I, Christopher J. Kayser, do hereby attest:

     1.     I make this Declaration in support of U.S. Bank National Association ND's ("U.S.

Bank") Opposition to Plaintiff's Motion for Summary Judgment.

     2.     Attached as Exhibit 1 is a true and correct copy of excerpts of the Deposition of

Stephanie Buckley taken on November 2, 2011.

//

//

DEFENDANT U.S. BANK'S OPPOSITION TO               Page 1
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT

The foregoing statements are made under penalty of perjury on this 1st day of December,

2011, at Portland, Oregon.

/s/ Christopher J. Kayser
Christopher J. Kayser

## CERTIFICATE OF SERVICE

I am over the age of 18 and am not a party to the within action.  I am employed in Multnomah County, State of Oregon, and my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On December 1, 2011, I served the following document(s):

**DECLARATION OF CHRISTOPHER J. KAYSER IN SUPPORT OF DEFENDANT U.S. BANK'S OPPOSITION TO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT**

on the party or parties listed on the following page(s) in the following manner(s):

☐    **BY HAND DELIVERY:**  For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐    **BY FEDERAL EXPRESS:**  For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address(es) indicated on the attached service list.

☒    **BY FIRST-CLASS MAIL:**  For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐    **BY FACSIMILE:**   For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list.  If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐    **BY E-MAIL:**  For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list.  If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☐    **BY ECF:**  For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ Christopher J. Kayser
Christopher J. Kayser

Lawrence James Saccato
6387 Old Hwy 99S
Roseburg Oregon 97470