Stephanie Buckley                                              November 2, 2011

Page 1

```
              UNITED STATES DISTRICT COURT
                   DISTRICT OF OREGON
                     EUGENE DIVISION

LAWRENCE JAMES SACCATO,              )
                                     )
   Plaintiff Pro Se,                 )
                                     ) Cause No.
vs.                                  ) 6:10-CV-06244-AA
                                     )
DAVIS LAW FIRM,                      )
                                     )
   Defendant,                        )
                                     )
U.S. BANK NATIONAL ASSOCIATION N.D.,)
                                     )
   Co-Defendant.                     )
                                     )
DOES 1 THROUGH 10.                   )


            DEPOSITION OF STEPHANIE BUCKLEY
             Taken on behalf of the Plaintiff
                    November 2, 2011

      Sheryl A. Pautler, MO-CCR 871, IL-CSR 084-004585


             (The proceedings began at 2:31 p.m.)
```

Stephanie Buckley  November 2, 2011

## Page 2

```
 1    QUESTIONS BY:                        PAGE NO.
 2    Mr. Saccato                             6
 3
 4             INDEX OF EXHIBITS
 5    NO.                                  PAGE MKD.
 6     2    Procedures for credit bureau disputes.   12
 7     3    Equifax collection dispute form.         21
 8     4    E-OSCAR report of disputes.              24
 9     5    E-OSCAR report of disputes.              28
10     6    Screen print from ICS.                   37
11     7    Computer generated report.               40
12     8    Computer generated report.               45
13     9    Computer generated report.               45
14    10    Computer generated report.               45
15    11    Collection department screen.            54
16    12    Computer generated report.               60
17    15    Computer generated report.               63
18    21    Letter to Transunion.                    65
19    24    Letter to U.S. Bank.                     68
20    28    Certified mail receipt.                  70
21    29    Letter.                                  71
22    30    November statement.                      72
23    31    Letter from Fair Resolutions.            78
24    32    Affidavit.                               79
25
```

## Page 3

```
 1                 EXHIBITS
 2    NO.                                  PAGE MKD.
 3    33    Affidavit.                               82
 4    34    Transunion document.                     84
 5    35    Portion of a credit report.              85
 6    37    October 24, 2009 report.                 90
 7    38    Report.                                  91
 8    41    Credit report pull document.             92
 9    43    Credit report pull document.             93
10    44    Computer generated report.               98
11    45    Responses.                               99
12
13
14    (Whereupon the exhibits were retained by Ms. Buckley.)
15
```

## Page 4

```
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF OREGON
 2                    EUGENE DIVISION
 3    LAWRENCE JAMES SACCATO,          )
                                       )
 4      Plaintiff Pro Se,              )
                                       ) Cause No.
 5    vs.                              ) 6:10-CV-06244-AA
                                       )
 6    DAVIS LAW FIRM,                  )
                                       )
 7      Defendant,                     )
                                       )
 8    U.S. BANK NATIONAL ASSOCIATION N.D.,)
                                       )
 9      Co-Defendant.                  )
                                       )
10    DOES 1 THROUGH 10.               )
11          DEPOSITION OF WITNESS, STEPHANIE BUCKLEY,
12    produced, sworn, and examined on the 2nd day of November,
13    2011, between the hours of two o'clock in the forenoon and
14    five o'clock in the afternoon of that day, at 9321 Olive
15    Boulevard, St. Louis, Missouri, before SHERYL A. PAUTLER, a
16    Notary Public and Certified Court Reporter within and for
17    the State of Missouri, in a certain cause now pending
18    before the United States District Court, District of
19    Oregon, Eugene Division, wherein LAWRENCE JAMES SACCATO is
20    the Plaintiff, and DAVIS LAW FIRM, et al. are the
21    Defendants.
```

## Page 5

```
 1             A P P E A R A N C E S
 2    For the Plaintiff by telephone:
 3    Mr. Lawrence James Saccato
      Pro se
 4    6387 Old Highway 99 S
      Roseburg, Oregon  97470
 5    541-784-2284
      Lsaccato@gmail.com
 6
 7    For the Defendant by telephone:
 8    Mr. Christopher J. Kayser
      Larkins Vacura, LLP
 9    621 SW Morrison Street, Suite 1420
      Portland, Oregon  97205
10    503-222-4424
      Cjkayser@larkinsvacura.com
11
12    The Court Reporter:
      Ms. Sheryl Pautler
13
14    Also present:
      Ms. Christine Pyatt
```

2 (Pages 2 to 5)

Beovich, Walter & Friend

Stephanie Buckley                                        November 2, 2011

Page 74

1  was $33,763.74; is that correct?
2     A.  Yes, that is what that says.
3     Q.  Under it, it states payments and credit.  What
4  was that amount?
5     A.  It reads there $37,193.41.
6     Q.  And so then it shows -- can you explain -- I
7  know you're not an accountant, but you have, I'm positive,
8  basic understanding of fundamental math.  Can you explain
9  how it went from 33,763.74 with payment and credit of
10 37,194.41, then coming up with the balance where it says
11 new balance?
12    A.  Yeah.  I would have written down notes and
13 added all of these up prior if I knew we were going to go
14 into that detail.  So this may take a few minutes.  But
15 this statement is a statement that reflects the charge off
16 of the account.  So if you look down within the
17 transactions where it shows the payments and the credits,
18 what it's showing you is that the account is moving from
19 our outstanding into our losses because no payment has been
20 received.
21    Q.  Okay.  And going into your losses, that would
22 be like the charge off we were speaking of earlier?
23    A.  Correct.
24    Q.  So which amount -- what would be the amount
25 that was charged off on this account?

Page 75

1     A.  Just a moment, please.
2     Q.  Are we thinking about it or should I re-ask
3  the question?
4     A.  I'm going through and doing the math.
5     Q.  That's okay, Stephanie.  I just didn't know if
6  the ball was back in my court.  Go ahead and finish your
7  task.
8     A.  I just want to make sure I'm adding it up
9  correctly.  Hold on just a second.  The amount that was
10 charged off on this $38,275.94.
11    Q.  And how did you determine that value, may I
12 ask, Stephanie?
13    A.  Sure.  I added the $146 of late payment fees.
14    Q.  Yes.
15    A.  I added the other fees for $113.
16    Q.  Correct.
17    A.  I added the interest and I added the charge
18 off.
19    Q.  Now, can you explain to me why was -- I'm
20 sorry -- why were those credits credited back as a credit
21 adjustment prior to the charge off?
22    A.  They weren't.  They were done on the date of
23 the charge off.  And it's just -- this is an accounting
24 statement that does not go out to customers because it
25 would be confusing to them.  And all it's doing is

Page 76

1  transferring the dollars from the outstandings to our loss
2  general ledgers.
3     Q.  Okay.  And if this account -- if this account
4  were to be sold, what would be the amount that it would be
5  sold to one of -- within a bundle or however you sell them
6  to other debt collectors?  How would it be transferred out
7  to them after you wrote it off?
8     A.  I'm not fully understanding your question.
9     Q.  After U.S. Bank charges it off.  Okay?
10    A.  Uh-huh.
11    Q.  Then you sell it.  You put it on the market to
12 sell it.  When it's sold, what amount would it be sold for?
13 Would it be the 32,681.21 or the 38,275.94?
14    A.  The account would have been sold for the
15 charge-off balance.
16    Q.  That would be the 32,681.21?
17    A.  38,275.94.
18    Q.  Okay.  Where does it show the charge-off
19 balance at?  Right here, it says the charge off was
20 32,681.21?
21    A.  That's a principal amount that doesn't include
22 fees and interest.
23    Q.  Okay.  Then -- Okay.  All right.  Even though
24 it shows the total new balance is 32,681.21, correct, in
25 the lower right-hand corner on the statement?

Page 77

1     A.  Again, this statement is not mailed to
2  customers.  It's an accounting statement.
3     Q.  But it was created, right, by U.S. Bank?
4     A.  Absolutely.
5     Q.  And what amount at this point and period of
6  time, what amount is being reported to the credit reporting
7  agencies?  Is it the 32,681 or is it the 38,275 and change?
8  I'm sorry.
9     A.  At this exact moment, I don't know.  I don't
10 believe anything is being reported on this specific account
11 right now.
12    Q.  No.  I'm talking about when this was generated
13 in 11/09.
14    A.  I don't know.
15    Q.  You get a report on a monthly basis; is that
16 correct?
17    A.  Correct.
18    Q.  And you didn't charge off until the end of
19 November of '09, correct?
20    A.  Correct.
21    Q.  So up until that point, you were still
22 reporting on a regular basis to the credit reporting
23 agencies, correct?
24    A.  Correct.
25    Q.  So which amount would be reported to the

20 (Pages 74 to 77)

Beovich, Walter & Friend

Page 110

1              CERTIFICATE OF REPORTER
2           I, Sheryl A. Pautler, Certified Shorthand
3    Reporter, Notary Public within and for the State of
4    Missouri, do hereby certify that the witness whose
5    testimony appears in the foregoing deposition was duly
6    sworn by me; the testimony of said witness was taken by me
7    to the best of my ability and thereafter reduced to
8    typewriting under my direction; that I am neither counsel
9    for, related to, nor employed by any of the parties to the
10   action in which this deposition was taken, and further that
11   I am not a relative or employee of any attorney or counsel
12   employed by the parties thereto, nor financially or
13   otherwise interested in the outcome of the action.
14
15            _____
16             Notary Public within and for
17                the State of Missouri
18   My commission expires April 10, 2013.
19
20
21
22
23
24
25

Page 111

1              November 7, 2011
2    Mr. Christopher J. Kayser
3    Larkins Vacura, LLP
4    621 SW Morrison, Suite 1420
     Portland, Oregon  97205
5
6    In Re:  Lawrence James Saccato vs. Davis Law Firm, et al.
7
     Dear Mr. Kayser:
8
     Please find enclosed your copy of the deposition of
9    Stephanie Buckley, taken on November 2, 2011 in the
     above-referenced case.  Also enclosed is the original
10   signature page and errata sheets.
11   Please have the witness read your copy of the
     transcript, indicate any changes and/or corrections
12   desired on the errata sheets, and sign the signature
     page before a notary public.
13
     Please return the errata sheets and notarized signature
14   page to Mr. Lawrence James Saccato for filing prior to
     trial date.
15
     Thank you for your attention to this matter.
16
     Sincerely,
17
18
     Sheryl Pautler
19
     CC:  Mr. Lawrence James Saccato
20
21
22
23
24
25

Page 112

1              Errata Sheet
2    Witness:  Stephanie Buckley
3    In Re:  Lawrence James Saccato vs. Davis Law Firm, et al.
4    Upon reading the deposition and before subscribing thereto,
     the deponent indicated the following changes should be
5    made:
6    Page    Line    Should read:
     Reason assigned for change :
7
     Page    Line    Should read:
8    Reason assigned for change :
9    Page    Line    Should read:
     Reason assigned for change :
10
     Page    Line    Should read:
11   Reason assigned for change :
12   Page    Line    Should read:
     Reason assigned for change :
13
     Page    Line    Should read:
14   Reason assigned for change :
15   Page    Line    Should read:
     Reason assigned for change :
16
     Page    Line    Should read:
17   Reason assigned for change :
18   Page    Line    Should read:
     Reason assigned for change :
19
     Page    Line    Should read:
20   Reason assigned for change :
21   Page    Line    Should read:
     Reason assigned for change :
22
     Witness Signature:_____
23   Reporter:  Sheryl A. Pautler
24
25

Page 113

1    I, STEPHANIE BUCKLEY, do hereby certify:
2         That I have read the foregoing deposition;
3         That I have made such changes in form and/or
4    substance to the within deposition as might be necessary to
5    render the same true and correct;
6         That having made such changes thereon, I
7    hereby subscribe my name to the deposition.
8         I declare under penalty of perjury that the
9    foregoing is true and correct.
10
11        Executed the _____ day of _____,
12   20___, at _____.
13
14        _____.
15        STEPHANIE BUCKLEY
16
17   My Commission Expires: _____
18   Notary Public:         _____
19   SP/Stephanie Buckley
     Lawrence James Saccato vs. Davis Law Firm, et al.
20
21
22
23
24
25