IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| LAWRENCE JAMES SACCATO, | ) | CASE NO. 10-6244-HO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAVID LAW FIRM; U.S. BANK NATIONAL ASSOCIATION, ND, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## Introduction

*Pro se* plaintiff Lawrence Saccato's amended complaint alleges violations of the Fair Credit Reporting Act (FCRA) and the Fair Debt Collection Practices Act (FDCPA), by defendants. [#21]. Plaintiff currently moves for an order compelling defendant U.S. Bank National Association ND (US Bank) to "withdraw or strike its objections, to answer plaintiff's interrogatories, to provide sworn, verified responses and to produce the documents called for

ORDER -1

in plaintiff's written requests for production . . . ." [#62]

Defendant US Bank argues it has complied with plaintiff's request for documents and has produced 1300 pages in total. [#78]. Defendant US Bank also contends that it has "responded to all plaintiff's interrogatories and requests for admissions to the extent reasonably possible" and has made a company vice-president available for a three-hour deposition to explain it's actions in detail to plaintiff. *Id.*

## Discussion

### 1. Requests for production:

Plaintiff argues that he requires the requested records for the deposition of Ms. Stephanie Buckley which was slated to occur on November 2, 2011. [#62-Ex.A-p.1]. Defendant responds that it has supplied all responsive documents it was able to locate - over 1300 pages and plaintiff now seeks documents that "have already been produced, do not exist or have no bearing on this litigation.". [#78].

This portion of the motion appears moot given that Ms. Buckley's deposition has taken place.

### 2. Interrogatories:

Plaintiff asserts that US Bank has multiple form objections to almost every interrogatory he submitted and have not properly "sworn or verified" the responses despite his "requested verification for the interrogatories." [#62-p.2]. Plaintiff

ORDER -2

cites no authority for his contention that all responses must be independently verified. *Id.*

After thoroughly reviewing defendant's Exhibits A-C [#78-Exs.A-C], the court finds that defendant's responses to plaintiff's interrogatories and admissions are appropriate and reasonable.

## Conclusion

Plaintiff's Motion to Compel[#62] is DENIED.

IT IS SO ORDERED

DATED this __7th__ day of December, 2011.

                                                   */s/ Michael R. Hogan*
                                      UNITED STATES DISTRICT JUDGE

ORDER -3