**Christopher J. Kayser,** OSB #984244
cjkaser@larkinsvacura.com
**Danielle J. Hunsaker** OSB #045365
dhunsaker@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone: 503-222-4424
Facsimile: 503-827-7600
Attorneys for U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LAWRENCE JAMES SACCATO,** | |
| Plaintiff Pro Se, | Case No. 6:10-cv-06244-HO |
| v. | |
| **DAVIS LAW FIRM,** | STIPULATION REGARDING PRETRIAL ORDER |
| Defendant, | |
| **U.S. BANK NATIONAL ASSOCIATION N.D.,** Co-Defendant. | |
| **DOES 1 THROUGH 10.** | |

Pursuant to LR 16-5(a) and subject to the approval of the court, the parties stipulate and agree that no pretrial order need be filed in this case. The parties have submitted fully briefed cross-motions for summary judgment which, if not resolving this case in its entirety, will define

//

//

//

the parameters of any issues to be tried. Accordingly, the parties agree that a pretrial order is not necessary.

Agreed to this 30th day of December, 2011.

                                                         Respectfully submitted,

**Larkins Vacura LLP**

By /s/Christopher J. Kayser
    Christopher J. Kayser, OSB# 984244
    Telephone: 503-241-2300
    Attorneys for Defendant OneWest Bank FSB

LAWRENCE SACCATO
Lawrence J. Saccato, *pro se*
~~503.243.1637~~ 541 784-2284 ness

IT IS SO ORDERED.

DATED this _____ day of January, 2012.

                                                         _____
                                                         U.S. District Court Judge